LODGED

ORIGINAL

AO 91 (Rev. 11/82)  **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANGELO HARPER JR. | DOCKET NO. | | |
| | MAGISTRATE'S CASE NO.<br>ED15-0395M | | |

2015 OCT 15 PM 2:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
BY: ___

FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Complaint for violation of Title 18, United States Code, Section 2252A(a)(5)(B), (b)(2)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE DAVID T. BRISTOW | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Riverside, California |
|---|---|---|
| DATE OF OFFENSE<br>January 16, 2014 | PLACE OF OFFENSE<br>Riverside County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about January 16, 2014 in Riverside County, within the Central District of California, defendant ANGELO HARPER JR., also known as ("aka") "CM8JIAW4," aka "jcbuddy64@yahoo.com," knowingly possessed at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Dayna Roelfs**<br>OFFICIAL TITLE<br>Special Agent – Homeland Security Investigations | |
|---|---|---|
| Sworn to before me and subscribed in my presence, | | |
| SIGNATURE OF MAGISTRATE JUDGE[(1)] | | DATE<br>October 15, 2015 |

[(1)] See Federal Rules of Criminal Procedure 3 and 54

SAUSA Teresa Beecham (951) 955-0268 / REC: Detention

## AFFIDAVIT

I, Dayna Roelfs, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations and have been since March 2004. I am presently assigned to the Homeland Security Investigations Child Exploitation Unit at the Assistant Special Agent in Charge, Riverside Office.

2. I have been assigned to work on cases involving child exploitation since 2006. I have attended numerous training classes and seminars involving the investigation of crimes against children. I, along with other law enforcement officers, have executed numerous search warrants during investigations of crimes against children. I have also interviewed multiple individuals who engaged in the possession, distribution, and receipts of child pornography. In 2013, I was involved in two national operations responsible for tracking down leads of persons sharing child pornography, via online websites, and dispersing those leads to various ICE offices in their appropriate jurisdictions.

### II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint charging ANGELO HARPER JR. ("HARPER JR.") with violating of Title 18, United States Code, Section 2252A(a)(5)(B), (b)(2) (Possession of Child Pornography.)

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

5. The statements that follow are based on the observations, training, and experience, of law enforcement agents including myself, Deputy Probation Officer Justin

Mellinger and Special Agent Jonathan Ruiz. The information in this affidavit is based in part upon information I have received verbally and in written reports from Special Agent Jonathan Ruiz and Deputy Probation Officer Justin Mellinger regarding this investigation.

### III. DEFINITION OF TERMS

6.  In this affidavit, "child pornography," "visual depiction," "minor," and "sexually explicit conduct," are defined as set forth in Title 18, United States Code, Section 2256.

7.  Based on my knowledge, training and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know computers and computer technology have revolutionized the way in which individuals interested in child pornography interact with each other. Child pornography formerly was produced using cameras and film (either still photography or movies). The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images. There were definable costs involved with the production of pornographic images. To distribute these images on any scale required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls.

8.  The development of computers and digital photography has changed this; computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage.

9.  Child pornographers can now transfer photographs from a camera onto a computer readable format with a device known as a scanner. With the advent of digital cameras, the images can now be transferred directly onto a computer. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Electronic contact can be made to literally millions of computers around the world.

10. The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. The size of the electronic storage media (commonly

referred to as the hard drive) used in home computers has grown tremendously within the last several years. These drives can store hundreds of thousands of images at very high resolution.

11.     Most cellular telephones today contain high quality digital cameras. These devices can be used to produce, store, and distribute images of child pornography via email, text message, or direct download.

## IV.  STATEMENT OF PROBABLE CAUSE

### A.  Summary of Probable Cause

12.     In September of 2013, Deputy Probation Officer ("DPO") Justin Mellinger of the Riverside Sexual Assault Felony Enforcement Task Force received a referral from the National Center for Missing and Exploited Children ("NCMEC.") The referral reported that an individual using an IP address 142.136.82.105 ("TARGET IP") had accessed a Dropbox[1] account ID# 184233476 and uploaded images of child pornography.

13.     The subscriber information provided by Time Warner Cable in response to a state search warrant executed by DPO Mellinger indicated that the TARGET IP was registered to an Angelo Harper at a particular residential address in Moreno Valley, California (the "SUBJECT PREMISES.")

14.     DPO Mellinger authored a state search warrant to Dropbox for the contents of the account ID# 184233476. Dropbox responded to that search warrant on October 10, 2013 and I personally reviewed the contents of the Dropbox account. I found several images and videos that depicted child pornography; three of those files are described in detail below.

15.     On January 16, 2014, I executed a federal search warrant at the SUBJECT PREMISES in Case No. ED 14-0025M. The search warrant was for violations related to the possession, distribution and receipt of child pornography. During my interview with HARPER JR., which was conducted after he had waived his *Miranda* rights, HARPER JR. admitted using

---

[1]     Based on my training and experience I know that Dropbox is a file syncing and collaboration service that allows users to store files such as images, videos and word documents in their account.

Kik Messenger[2] to receive hyperlinks to child pornography files contained on Dropbox.com. HARPER JR. also stated that he thought he would not lose interest in child pornography. Child pornography was forensically recovered from the electronic devices I seized during the search warrant at the SUBJECT PREMISES.

16. On October 13, 2015, Special Agent Jonathan Ruiz executed a second federal search warrant at the SUBJECT PREMISES for violations related to production, possession and distribution of child pornography. During SA Ruiz's Mirandized interview with HARPER JR., he admitted to using Kik Messenger to view and distribute child pornography. HARPER JR. also admitted to having molested his niece beginning when she was six months of age. HARPER JR. admitted to having taken photographs of his sexual abuse of his niece.

### B. Detailed Statement of Probable Cause

#### 1. Initial Investigation by Deputy Probation Officer Justin Mellinger

17. In approximately September of 2013, Deputy Probation Officer Justin Mellinger of the Riverside Sexual Assault Felony Enforcement Task Force told me that he received a referral from NCMEC in September of 2013. That referral reported that an individual using the TARGET IP and email address jcbuddy64@yahoo.com had accessed Dropbox account ID# 184233476 and uploaded images of child pornography.

18. DPO Mellinger authored a state search warrant to obtain subscriber information for jcbuddy64@yahoo.com and the TARGET IP. According to my conversations with DPO Mellinger, the subscriber information provided by Time Warner Cable in response to the search warrant indicated that the TARGET IP was registered to an Angelo Harper at the SUBJECT PREMISES.

19. DPO Mellinger told me that he authored a state search warrant to Dropbox for the contents of the account ID# 184233476. Dropbox responded to that search warrant on October

---

[2] According to my knowledge, training and experience, the Kik Messenger application is primarily a social media mobile device platform designed and managed by Kik Interactive Inc., a company based in Waterloo, Canada, for the purpose of mobile messaging and communication.

10, 2013. I personally viewed the following photos and videos contained within the Dropbox account:

  a. "bpm2(1).jpg" – This video is approximately six minutes and 22 seconds long. It depicts, among other things, a pre-pubescent male lying on his back on what appears to be a couch or futon bed. The boy is wearing a pair of underwear briefs and his chest area is covered with a white cloth. The boy's hands are tied behind his back and an adult male is standing above him, rubbing his head and facial area with his hands, at times appearing to smother the boy. At 2:00 the adult male is seen holding the boy's hands behind his back while he fondles the boy's groin area and pulls his underwear over to one side.

  b. "Jun 18, 1 13 12 PM(1).jpg" – This photo depicts a very young nude pre-pubescent female lying on her back. The girl's hands are tied or held above her head with what appears to be a black tie. The nude girl has a black and white bandanna tied around her mouth and there is brown braided rope tied around her waist. The girl has a sharpie pen inserted into her vagina. The girl appears to be crying.

  c. "June 18, 113 12 pm (2).jpg" – This photo depicts a pre-pubescent female child lying face down on an orange couch nude from the waist down. The child's legs are spread apart and tied around the ankles with duct tape and white rope. The girl's hands are duct tapped behind her back and her vaginal area is exposed to the camera.

  2. <u>Federal Search Warrant of January 16, 2014</u>

  20. On January 16, 2014 I executed a federal search warrant at the SUBJECT PREMISES in Case No. ED 14-0025M. The search warrant was for violations related to the possession, distribution and receipt of child pornography. Angelo Harper and his son, Angelo HARPER JR. (Year of Birth: 1995) both resided at the SUBJECT PREMISES at the time of the search.

  21. I advised HARPER JR. of his constitutional rights as described in *Miranda* and he agreed to speak with me. My interview with HARPER JR. was audio recorded. During my interview with HARPER JR., he admitted to using Kik Messenger to receive hyperlinks to child

- 5 -

pornography files contained on his Dropbox.com account. HARPER JR. admitted to owning the email address jcbuddy64@yhaoo.com. HARPER JR. also admitted to having a sexual interest in children under the age of 10 years old. HARPER JR. stated that he would search for child pornography containing images of infants and toddlers. HARPER JR. stated that he thought he would not lose interest in child pornography.

22. During the execution of the search warrant, several digital devices belonging to HARPER JR. were seized. I submitted the digital devices to the Homeland Security Investigations Computer Forensics Laboratory for analysis. Certified Forensic Examiner Dennis Reneau examined the seized Dell Desktop Computer and told me that he found suspected child pornography images and videos on the computer. Those images were submitted to NCMEC and NCMEC confirmed that twenty-eight of the images found in unallocated space contained images of identified children; NCMEC confirmed that one image found in the computer's allocated space was an image of an identified child. I viewed the images of child pornography recovered from HARPER JR.'s Dell Desktop Computer. Two of those images are described as follows:

    a. Image #5569236992 – This photo depicts, among other things, a nude male toddler lying on his back on a yellow, blue and white background. The toddler's legs are spread apart and his arms are over his head. The camera is orientated from above. An erect adult male penis is shown pushing up against the toddler's penis. Another adult's hand, (gender unknown) wearing a black watch, is placed on the toddler's torso area.

    b. Image #5569007616 – This photo depicts, among other things, a nude adult male lying on his back in a bath tub filled with water. A blond haired toddler (gender unknown) is sitting in between the adult's legs; the toddler has the adult male's erect penis in their mouth. The toddler's left hand is resting on the adult male's stomach area. The adult male's right hand is helping to prop the toddler up to his penis. The camera is orientated from the side.

    3. <u>October 2015 Investigation and Federal Search Warrant</u>

23. SA Ruiz told me that Special Agent Patrick McCall of Homeland Security Investigations out of Wilmington, Delaware told SA Ruiz that SA McCall had conducted an

undercover investigation into Kik Messenger. According to SA McCall, Kik Messenger was being used by many individuals to view and trade child pornography.

24. In October of 2015, SA McCall found that the Kik Messenger user "CM8JIAW4" posted images depicting the sexual exploitation of children to a Kik Messenger chatroom titled "#NEPILOVERS". SA McCall executed a federal search warrant on Kik Interactive, Inc. for login records for the CM8JIAW4 account. Kik user CM8JIAW4 exclusively used IP address 104.175.141.234 to log into the Kik account in September and October of 2015. SA McCall then executed a federal search warrant on the owner of that IP address, Time Warner Cable, for subscriber information. Time Warner Cable responded with subscriber information for an Angelo Harper at the SUBJECT PREMISES.

25. According to my conversations with SA Ruiz, in October 2015, SA McCall was able to successfully download a video and three images posted by CM8JIAW4 on or about October 7, 2015. SA Ruiz described these images to me as follows:

    a. The first image depicts a prepubescent male infant, appearing to be under the age of two years old. The child appears to be lying on his back looking up towards the camera. The child is wearing a red and white striped shirt and appears to be wearing a white and blue "onesie" underneath. The child's t-shirt and onesie have been lifted up exposing the child's abdomen. The child's diaper has been removed exposing his penis and anus to the camera. A male adult's penis is visible in the photo and it appears to be anally penetrating the child. A semi-transparent penis-shaped object is lying on top of child's chest.

    b. The second image depicts what appears to be a prepubescent male infant, appearing to be under the age of two years old. The infant appears to be crawling, away from the camera, on the floor towards a toy that is just beyond his reach. The child is wearing a dark blue or black onesie that has been unbuttoned and lifted up. Similarly, the child's diaper has been lowered exposing the child's buttocks. The left hand of a male adult is seen in the photo hold an erect penis directly over the child's buttocks. The male adult appears to be wearing a black long sleeved shirt.

c. The third image depicts what appear to be the same prepubescent male infant and male adult. The image depicts an infant child, appearing to have on the same onesie as the one described above, and the male is wearing the same long sleeved shirt described above. The child is facing away from the camera and the child's diaper has been pulled aside. The left hand of a male adult is seen spreading apart the child's buttocks exposing the child's anus to the camera.

26. According to my conversations with SA Ruiz, on October 13, 2015, Special Agent Jonathan Ruiz executed a federal search warrant on the SUBJECT PREMISES for violations related to production, possession and distribution of child pornography. HARPER JR. was advised of his constitutional rights described in *Miranda* and agreed to speak with SA Ruiz. SA Ruiz stated that during his interview with HARPER JR., HARPER JR. admitted to using Kik Messenger and the user name CM8JIAW4 to view and distribute child pornography. He stated that he used the internet to conduct searches for child pornography. HARPER JR. stated that he would search for child pornography containing images of infants and toddlers.

27. SA Ruiz told me that HARPER JR. admitted to having molested his niece beginning when she was six months of age. HARPER JR. stated that when his now two year old niece was approximately six months of age, he had taken her into a room to change her diaper. HARPER JR. first stated that he had taken a picture of his niece's vaginal area while changing her diaper. Later in the interview, HARPER JR. admitted to having rubbed his erect penis against the labia of his niece's vagina, her anus and the lips of her mouth. HARPER JR. said he ejaculated on the cheek of the niece. HARPER JR. also stated that he had put his mouth on the vagina of his niece. HARPER JR. admitted to having taken photographs of his sexual abuse of his niece. HARPER JR. stated that he had deleted these images immediately after their creation and had not distributed these self-produced images. HARPER JR. stated that the second time he had sexually abused his niece was approximately one month prior to the October 13, 2015 search warrant, when the niece was approximately 2 years of age.

28. HARPER JR. also admitted to an additional molestation that he claimed occurred approximately four years ago. HARPRER JR. stated that he pulled down the pants and touched the anus of an approximately four year old boy when HARPER JR. was 15 years of age.

29. HARPER JR. stated that he is sexually attracted to children under age ten. HARPER JR. admitted that he had an addiction to child pornography.

30. SA Ruiz seized the digital devices that HARPER JR. had access to at his residence during the execution of the search warrant. Forensic analysis of these devices is ongoing to determine if the photographs taken by HARPER JR. of his abuse of his niece can be recovered from any of the devices.

///

///

## V. CONCLUSION

31.  For all the reasons described above, I submit there is probable cause to believe that on January 16, 2014, HARPER JR. violated Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2) (Possession of Child Pornography).

_____
DAYNA ROELFS, Special Agent
ICE — Homeland Security Investigations

Subscribed to and sworn before me
this  15  day of October, 2015.

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE