*Y Kim*

**FILED**

2015 OCT 16   AM 10: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Angelo Gene Harper, Jr.<br>DEFENDANTS(S) | CASE NUMBER<br>ED 15- 0395 M<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest ____October 16, 2015____    ☒ AM / ☐ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):

   18 USC 2252A(a)(5)(B), (b)(2)    Possession of Child Pornography

3. Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4. U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

5. Year of Birth: ___1995___

6. The defendant is: ☒ Presently in custody on this charge.
   - ☐ At liberty on bond posted before a Magistrate Judge.
   - ☐ At liberty and warrant is requested.
   - ☐ Federal – In custody on another conviction.
   - ☐ State – In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): _____

8. Date detainer placed on defendant: _____

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

10. Name of Pretrial Services Officer: *Cameron Pitcher*

11. Remarks (if any): _____

| | |
|---|---|
| 12. Date: ____October 16, 2015____ | 13. Signature: *Dayna Kiu* |
| 14. Name: ____Dayna Roelfs____ | 15. Title: __Special Agent__ |

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION