FILED
CLERK U.S. DISTRICT COURT
2015 OCT 28 AM 11: 26
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-00595 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. §§ 2251(d)(1)(A), (e): Advertisement of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| ANGELO HARPER JR., aka "CM8JIAW4," aka "jcbuddy64@yahoo.com," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(d)(1)(A), (e)]

On or about August 26, 2015, in Riverside County, within the Central District of California, and elsewhere, defendant ANGELO HARPER JR., also known as ("aka") "CM8JIAW4," aka "jcbuddy64@yahoo.com," knowingly made, printed, and published, and caused to be made, printed, and published, a notice and advertisement seeking and offering to receive, exchange, display, distribute, and reproduce any visual depiction whose production involved the use of a minor engaging in sexually explicit conduct, and which visual

1  depiction was of such conduct, knowing and having reason to know that
2  such notice and advertisement would be and was transported using any
3  means and facility of interstate and foreign commerce, and in and
4  affecting interstate and foreign commerce by any means, including by
5  computer.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about October 7, 2015, in Riverside County, within the Central District of California, defendant ANGELO HARPER JR., also known as ("aka") "CM8JIAW4," aka "jcbuddy64@yahoo.com" ("HARPER JR."), knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography. The child pornography distributed by defendant HARPER JR. included, but was not limited to, the following: a video, approximately six minutes in length, depicting an adult male and a prepubescent male child.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about January 16, 2014, in Riverside County, within the Central District of California, defendant ANGELO HARPER JR., also known as ("aka") "CM8JIAW4," aka "jcbuddy64@yahoo.com," knowingly possessed a Dell desktop computer, bearing serial number 5MT239V2, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

*[signature: Widman for:]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

TERESA K.B. BEECHAM
Special Assistant U.S. Attorney
Riverside Branch Office

4