Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

CR 15-00595

Case Number  ED15-0395M
Defendant Number

U.S.A. v. Angelo Harper Jr.
Year of Birth  1995

[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.)  HSI

FILED 2015 OCT 28 AM 11:25 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY ___

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a :

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  January 16, 2014

c. County in which first offense occurred

Riverside County, CA

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles        [ ] Ventura
[ ] Orange             [ ] Santa Barbara
[✓] Riverside          [ ] San Luis Obispo
[ ] San Bernardino     [ ] Other ____

Citation of Offense  N/A

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number ____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:  October 15, 2015
Case Number  ED15-0395M
Charging  18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), Possession of Child Pornography

The complaint:   [✓] is still pending
                 [ ] was dismissed on: ____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name:  DFPD Young Kim
                Phone Number:  951-276-6014

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the ____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: ____

Case Number ____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge ____

[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [x] NO
IF YES, list language and/or dialect: _____

**OTHER**
- [x] Male   [ ] Female
- [ ] U.S. Citizen   [ ] Alien

Alias Name(s): CM8JIAW4; jcbuddy64@yahoo.com

This defendant is charged in:   [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [x] No
IF YES, should matter be sealed?   [ ] Yes   [x] No

The area of substantive law that will be involved in this case includes:

- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [x] Other   Child Exploitation

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [x] Federal
b. Name of Institution: West Valley Detention Center
c. If Federal: U.S. Marshal's Registration Number:
   1510300758
d. [x] Solely on this charge. Date and time of arrest:
   October 13, 2015
e. On another conviction:   [ ] Yes   [x] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [x] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: October 15, 2015
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   October 27, 2015

Signature of Assistant U.S. Attorney
Teresa K.B. Beecham
Print Name