OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER RV07QS14RV0003 |

TITLE: ANGELO HARPER ()

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 103015 | 103113 | YT1 | 009 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
SEARCH WARRANT REPORT /

TOPIC: SECOND SEARCH WARRANT EXECUTED AT HARPER RESIDENCE

SYNOPSIS:
In August 2013, the National Center for Missing and Exploited Children ("NCMEC") provided the Riverside Sexual Assault Felony Enforcement ("SAFE") Task Force with information regarding a user in the area of Moreno Valley, California who attempted to upload and send images of suspected child pornography to the Dropbox account associated with . The user was subsequently identified as Angelo HARPER JR of Moreno Valley, Ca.

In October 2015, HARPER JR was the subject of a second investigation, originating from HSI Wilmington, who identified the Kik Messenger account "CM8JIAW" as distributing child pornography within the Kik Messenger chatroom "#NEPILOVERS."

This Report of Investigation will serve to document the execution of a federal search warrant at the HARPER RESIDENCE on October 13, 2105.

| DISTRIBUTION: | SIGNATURE: | | |
|---|---|---|---|
| ASCRV SACLA | RUIZ | JONATHAN C | SPECIAL AGENT |
| | APPROVED: SALACUP | PHILLIP | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: RV RIVERSIDE, CA - ASAC | TELEPHONE: 909 386 3264 | |
| | | TYPIST: RUIZ | |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000177

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE    2 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 009 |

DETAILS OF INVESTIGATION:
In August 2013, the National Center for Missing and Exploited Children ("NCMEC") provided the Riverside Sexual Assault Felony Enforcement ("SAFE") Task Force with information regarding a user in the area of Moreno Valley, California who attempted to upload and send images of suspected child pornography to the Dropbox account associated with ▮▮▮▮▮▮▮▮▮▮▮▮ The user was subsequently identified as Angelo HARPER JR of Moreno Valley, Ca.

In October 2015, HARPER JR was the subject of a second investigation, originating from HSI Wilmington, who identified the Kik Messenger account "CM8JIAW" as distributing child pornography within the Kik Messenger chatroom "#NEPILOVERS."

On October 13, 2015, Special Agent (SA) Jonathan Ruiz swore before the Honorable David Bristow to Federal Search Warrant ED15-0390M. The search warrant authorized law enforcement to search ▮▮▮▮▮▮▮▮▮▮ Street. Moreno Valley, California 92553 (HARPER RESIDENCE) for evidence of violations of Title 18, United States Code, Sections 2251(a) (production of child pornography), 2252A(a)(2) (receipt or distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

That same day, at approximately 2200 hours, law enforcement officers parked in front of the HARPER RESIDENCE, witnessed a Ford Focus with California license plate 5UDE206, arrive at the HARPER RESIDENCE and park in the driveway. Special agents from HSI Riverside with assistance from SAFE, approached the vehicle as the occupants got out. Law enforcement identified the two occupants as being Linda Harper, and her son Angelo HARPER JR.

Law enforcement officers informed Linda Harper and HARPER JR that law enforcement was at the HARPER RESIDENCE to execute a federal search warrant. While in the driveway of the HARPER RESIDENCE, law enforcement recovered one iPhone 4s from HARPER JR's person. Linda Harper and HARPER JR remained outside in the driveway until agents made entry into the HARPER RESIDENCE and secured the premises. Linda Harper and HARPER JR were subsequently escorted inside the HARPER RESIDENCE where they both sat on the couch in the living room while law enforcement conducted their search.

Angelo Harper Sr. (Linda Harper's husband) arrived at the HARPER RESIDENCE after law enforcement had begun searching the residence. Similarly, Whitney Harper (HARPER JR's sister) arrived at the HARPER RESIDENCE after law enforcement requested that her mother, Linda Harper, call her and request that she (Whitney Harper) come to the HARPER RESIDENCE and speak with law enforcement.

Angelo Harper Sr., Linda Harper, Whitney Harper and HARPER JR were each

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 009 |

interviewed by law enforcement in the garage of the HARPER RESIDENCE. The substance of each interview will be documented in subsequent ROIs.

RESULTS OF THE SEARCH
Law enforcement participating in the execution of the search are as follows:
Juan Munoz HSI Group Supervisor
Jonathan Ruiz HSI
George Melvin HSI
Dayna Roelfs HSI
Steve Marin HSI
Scott Steward HSI
Ramsey Korbin HSI
Oladele Saalam HSI Computer Forensics Agent
Heidi Chebahtah SAFE
Sarah Mackey SAFE
Nick Nieva SAFE

A total of eleven line items were seized as a result of the search. All items were documented on Custody Receipt for Seized Property and Evidence Forms and are described below:
-Two thumb drives found on the desk adjacent to the Kitchen (Room B).
-Two thumb drives found in HARPER JR's bedroom (Room E).
-One HTC mobile phone with 2GB memory card (S/N: A100001358404) found in HARPER JR's bedroom (Room E).
-One HTC mobile phone with 2GB memory card (S/N: A100001B6F3DAS) found in HARPER JR's bedroom (Room E).
-One Dell Desktop found on the desk adjacent to the Kitchen (Room B).
-One Dell laptop found in HARPER JR's bedroom (Room E).
-One Lacie external hard drive found in HARPER JR's bedroom (Room E).
-One iPhone 4S mobile phone recovered from HARPER JR's person in the driveway of the HARPER RESIDENCE.
-One Canon SD memory card found on the desk adjacent to the Kitchen (Room B).

On October 14, 2015, at approximately 0030 hours, law enforcement concluded their search and departed the HARPER RESIDENCE. Prior to leaving, SA Ruiz left a copy of the search warrant and a copy of the inventory detailing the items seized pursuant to the search on the kitchen counter.

All seized items were taken to HSI Riverside for further review.

Investigation Continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000179

```
              OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

103015                   TECS II - LIST OF RELATED RECORDS                    PAGE    1
                                                                              TN007005
                         4 RECORDS ARE RELATED TO BASE RECORD
RV07QS14RV0003009     ROI  CRV RUIZ              J 103015


P7A20802300CRV        HARPER JR.      ANGELO     G B M 042195
      SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

P7A20802301CRV        HARPER JR.      ANGELO     G B M 042195
      SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

P7W11934800CRV        HARPER JR.      ANGELO     G B M 042195
      SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

RV07QS14RV0003        CASE CRV ROELFS            D 103113
          ANGELO HARPER (JCBUDDY64@YAHOO.COM)
```