

October 13, 2015

Patr ck McCa
DHS
█████████████████
W  m ngton,, DE 19801

**Re:** Lega  Process Dated 10/13/2015 Request ng T me Warner Cab e Subscr ber Records
**TWC Case ID:** 12353

We have conducted a search of our records  n response to the above referenced  ega  process  ssued at your request. Pursuant to the spec f c ob gat ons  mposed by 18 U.S.C. §2703, th s  etter  s to adv se you that the fo ow ng records are enc osed:

- Subscr ber Info
- Serv ce Deta  s

If you wou d   ke to d scuss th s matter w th us, p ease contact me at (703) 713-1170 between the hours of 8:30 AM and 5:30 PM Eastern. When ca   ng, p ease reference the TWC case number # 12353 to enab e us to retr eve your  ega  process and th s  etter from our f  es for the contact. It  s T me Warner Cab e s Record Retent on po  cy to destroy our f  es re at ng to th s request three years from the date of our response.

Respectfu y,

*[signature]*

Enaam O  ver
Subpoena Ana yst
Law Enforcement Response Operat ons Center
T me Warner Cab e
http://www.t mewarnercab e.com/SubpoenaComp ance
SubpoenaInqu ry@twcab e.com

**SUBSCRIBER RECORD**

| Target Details | **104.175.141.234, 10/7/2015 10:07:00 PM, Eastern** |
|---|---|
| Subscr ber Name: | ANGELO HARPER |
| Subscr ber Address: | ▓▓▓▓▓▓▓▓, MORENO VALLEY, CA 92553-4729 |
| Serv ce Type - RR HSD | Act vate Date: 10/5/2010    Deact vate Date: St   Act ve |
| User Name or Features: | ▓▓▓▓▓▓@roadrunner.com |
| Phone number: | (951▓▓▓▓▓ |

**Time Warner Cable /** 13820 Sunr se Va ey Dr ve Herndon, VA 20171 / **Tel:** (703) 345-3422 **Fax:** (704) 697-4911

AHJ000450

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, do hereby declare:

1. My name is Enaam Oliver. I am over 18 years of age and employed by Time Warner Cable Inc. as a Subpoena Analyst. Part of my job responsibilities are to review the records that Time Warner Cable maintains that tie individual customer accounts to specific business records.

2. I make this declaration based on a review of Time Warner Cable's business records, which are created contemporaneously with the activity, are kept in the ordinary course of Time Warner Cable's business and pertain to the regular business of Time Warner Cable.

3. I am in receipt of legal process served on 10/13/2015, signed by Patrick McCall, and requesting specified records of Time Warner Cable. Attached to this declaration are records responsive to the request. These records are business records of Time Warner Cable.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Enaam Oliver
Subpoena Analyst, Law Enforcement Response Operations Center
Time Warner Cable
SubpoenaInquiry@twcable.com

**Time Warner Cable /** 13820 Sunrise Valley Drive Herndon, VA 20171 / **Tel:** (703) 345-3422 **Fax:** (704) 697-4911

AHJ000451



Homeland Security Investigations
~~~~~~~~~~~~~~~~~~~~
San Bernardino, CA 92410

# Cover Sheet

Date  October 17, 2015

To:  Time Warner Cable
Subpoena Compliance Team
Custodian of Records

Electronic Service Methods:

Fax: ▓▓▓▓▓▓▓▓

E-Mail: ▓▓▓▓▓▓▓▓

From:  Jonathan C. Ruiz

Phone: ▓▓▓▓▓▓▓▓

☐ Urgent   ☒ Action   ☐ Concurrence   ☐ FYI

Number of pages including cover: 4

Comments:

Attached is summons #: ICE-HSI-RV-2016-00008.

Please respond by November 2, 2015.

THIS INVESTIGATION INVOLVES THE SEXUAL EXPLOITATION OF A CHILD, DISCLOSING THIS REQUEST FOR INFORMATION TO THE SUBSCRIBER WILL IMPEDE THIS INVESTIGATION AND INTERFERE WITH THE ENFORCEMENT OF FEDERAL LAW.

| 1. To (Name, Address, City, State, Zip Code)<br>Time Warner Cable<br>Subpoena Compliance Team<br>Custodian of Records<br>[redacted] | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number ICE-HSI-RV-2016-00008

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name: Jonathan C. Ruiz<br>Title: Special Agent<br>Address: [redacted]<br>San Bernardino, CA 92410<br>Telephone Number: [redacted]   Fax Number: [redacted] | November 2, 2015<br><br>(C) Time<br>9:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L No. 95-410 (19 U.S.C § 1509), 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>Jonathan C. Ruiz | 5. Date of issue      OCT 20 2015<br><br>By _____(Signature)_____ |
|---|---|
| [DHS Seal]<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address and telephone number of person issuing this summons<br>Name: Claude Arnold<br>Title: Special Agent In Charge<br>Address: [redacted]<br>Long Beach, CA 90802<br>Telephone Number 562-624-3801 |

DHS Form 3115 (6/09)

AHJ000453

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

| A. CERTIFICATE OF SERVICE OF SUMMONS ||||
|---|---|---|---|
| I certify that I served the summons on the front of this form as follows: ||||
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | Address or Location | Date ||
| ^ | ^ | Time ☐ a.m. ☐ p.m. ||
| ☐ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | Address or Location | Date ||
| ^ | ^ | Time ☐ a.m. ☐ p.m. ||
| ^ | Name of person to whom the summons was delivered |||
| Signature ||||
| Title ||| Date |

| B. ACKNOWLEDGMENT OF RECEIPT ||||
|---|---|---|---|
| I acknowledge receipt of a copy of the summons on the front of this form. ||||
| Signature ||||
| Title || Date | Time ☐ a.m. ☐ p.m. |

DHS Form 3115 (6/09)

AHJ000454

| 1. To (Name, Address, City, State, Zip Code)<br>Time Warner Cable<br>Subpoena Compliance Team<br>Custodian of Records<br>[redacted] | **DEPARTMENT OF HOMELAND SECURITY**<br>**SUMMONS (Continuation)**<br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number  ICE-HSI-RV-2016-00008

**3. Records required to be produced for inspection (continued)**

Pursuant to an ongoing investigation being conducted by United States Immigration and Customs Enforcement, you are directed to provide subscriber information including, but not limited to: name, address, length of service (including start and stop date), length of time the requested IP address was/were assigned to the subscriber, subscriber IP Logs for the past 90 days, types of Internet-based services utilized, means or source of payment for such service and any user registered and/or affiliated email accounts for the subscriber of the IP address:

IP ADDRESS 104.175.141.234 utilized on or about October 7, 2015 at 10:07 P.M. EST (GMT-0400 EST).

AGAIN, PLEASE MAKE SURE TO PROVIDE THE LENGTH OF TIME THE IP ADDRESS WAS ASSIGNED TO THE SUBSCRIBER.

**Method of Response:**

**Preferred:**

Return the requested records in a data file format such as ".XLS", ".CSV", ".TXT", ".TIF", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Jonathan C. Ruiz at J[redacted]

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

**Alternates:**

The records may be supplied in a file format on a CD-R. If the records are not available in data file format, paper documents will be accepted. The records should be delivered to Special Agent Jonathan C. Ruiz at U.S. Immigration and Customs Enforcement, 655 W. Rialto Avenue, San Bernardino, CA 92410.

If you have questions, please contact Special Agent Jonathan C. Ruiz at 9[redacted]

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

<div align="center">End of Document</div>

Box 3 (continued) -- Page 1 of 1

AHJ000455



October 26, 2015

Jonathan Ru z
Home and Secur ty Invest gat ons
███████████
San Bernard no, CA 92410

**Re:** Lega Process Dated 10/17/2015 Request ng T me Warner Cab e Subscr ber Records
**TWC Case ID:** 12743
**Your Internal Reference ID:** HSI-RV-2016-00008

We have conducted a search of our records n response to the above referenced ega process ssued at your request. Pursuant to the spec f c ob gat ons mposed by 18 U.S.C. §2703, th s etter s to adv se you that the fo ow ng records are enc osed:

- Subscr ber Info
- Serv ce Deta s

If you wou d ke to d scuss th s matter w th us, p ease contact me at (703) 345-2665 between the hours of 8:30 AM and 5:30 PM Eastern. When ca ng, p ease reference the TWC case number # 12743 to enab e us to retr eve your ega process and th s etter from our f es for the contact. It s T me Warner Cab e s Record Retent on po cy to destroy our f es re at ng to th s request three years from the date of our response.

Respectfu y,

*Robert L Suter*

Rob Suter
Sen or Subpoena Ana yst
Law Enforcement Response Operat ons Center
T me Warner Cab e
http://www.t mewarnercab e.com/SubpoenaComp ance
SubpoenaInqu ry@twcab e.com

**Time Warner Cable /** 13820 Sunr se Va ey Dr ve Herndon, VA 20171 / **Tel:** (703) 345-3422 **Fax:** (704) 697-4911

AHJ000456

**SUBSCRIBER RECORD**

| Target Details | **104.175.141.234, 10/7/2015 10:07:00 PM, Eastern** |
|---|---|
| Subscr ber Name: | ANGELO HARPER |
| Subscr ber Address: | ▉▉▉▉▉▉▉▉▉▉ MORENO VALLEY, CA 92553-4729 |
| Serv ce Type - RR HSD | Act vate Date: 4/28/2009    Deact vate Date: St   Act ve |
| User Name or Features: | ▉▉▉▉▉▉@roadrunner.com |
| Phone number: | (951 ▉▉▉▉ |
| **Other Details** ||
| Other Informat on: | Current Dynam c IP Address: 104.175.141.234, Or g na  Lease Start: 12/11/2014 5:42:00 PM PST. |

**Time Warner Cable /** 13820 Sunr se Va ey Dr ve Herndon, VA 20171 / **Tel:** (703) 345-3422 **Fax:** (704) 697-4911

AHJ000457

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, do hereby declare:

1. My name is Rob Suter. I am over 18 years of age and employed by Time Warner Cable Inc. as a Senior Subpoena Analyst. Part of my job responsibilities are to review the records that Time Warner Cable maintains that tie individual customer accounts to specific business records.

2. I make this declaration based on a review of Time Warner Cable's business records, which are created contemporaneously with the activity, are kept in the ordinary course of Time Warner Cable's business and pertain to the regular business of Time Warner Cable.

3. I am in receipt of legal process served on 10/26/2015, signed by Jonathan Ruiz, and requesting specified records of Time Warner Cable. Attached to this declaration are records responsive to the request. These records are business records of Time Warner Cable.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*Robert L. Suter*

Rob Suter
Senior Subpoena Analyst, Law Enforcement Response Operations Center
Time Warner Cable
SubpoenaInquiry@twcable.com

**Time Warner Cable /** 13820 Sunrise Valley Drive Herndon, VA 20171 / **Tel:** (703) 345-3422 **Fax:** (704) 697-4911

AHJ000458