```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
GEORGE E. Pence (Cal. Bar No. 257595)
A. CARLEY PALMER (Cal. Bar No. 307303)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253/0282
     Facsimile: (213) 894-0141
     E-mail:    george.pence@usdoj.gov
                carley.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANGELO HARPER JR.,<br><br>　　　　Defendant. | No. CR 15-595-RGK<br><br>GOVERNMENT'S NOTICE OF INTENTION TO SUBMIT EVIDENCE PURSUANT TO FED. R. EVID. 902(11) AND 18 U.S.C. § 3505<br><br>Trial Date:　July 19, 2016<br>Trial Time:　9:00 a.m.<br>Location:　　Courtroom of the Hon. R. GARY KLAUSNER |
|---|---|

PLEASE TAKE NOTICE THAT plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys George E. Pence and A. Carley Palmer, intends to offer into evidence at trial certain domestic and foreign records of regularly conducted business activities (i.e., business records) of Kik Interactive, Inc. ("Kik") and Time Warner Cable Inc. ("TWC").

Specifically, pursuant to 18 U.S.C. § 3505, the government hereby submits Kik's business records (Exhibits 1 and 3), with their attached declarations of custodians of records for Kik (Exhibits 2 and 4). The government previously produced these records to defendant and gave notice of its intent to offer them at trial. These records are relevant to prove the IP address used by the Kik Messenger account CM8JIAW4 to advertise child pornography in the Kik #NEPILOVERS chatroom (the "Target IP"). An "IP address" is a code that identifies a computer network or a particular computer or other device on a network, consisting of four numbers separated by periods.

In addition, pursuant to Federal Rule of Evidence 902(11), the government hereby submits TWC's business records (Exhibits 5 and 7), accompanied by their attached declarations of custodian of records (Exhibits 6 and 8). The government previously produced these records to defendant and gave notice of its intent to offer them at trial. These records are relevant to establish that the physical address associated with the Target IP was defendant's residence.

The government submits that, in light of the Supreme Court's decision in *Crawford v. Washington*, 124 S. Ct. 1354 (2004), the Court may review the declarations under Federal Rule of Evidence 104(a) to make the threshold determination of admissibility under Rule 902(11)

and section 3505, but the declarations should not themselves be admitted into evidence.

Finally, the government respectfully requests leave to supplement this notice as it may become necessary during the course of the trial in this matter. The government also requests that the Court make the determination of admissibility in advance of the commencement of trial to facilitate the compulsion of the appearance of custodians of records, if necessary.

Dated: July 12, 2016                    Respectfully submitted,

                                        EILEEN M. DECKER
                                        United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                              /s/
                                        GEORGE E. PENCE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA