# GOVERNMENT'S EXHIBIT 1

CASE NO. __CR 15-595-RGK__

__UNITED STATES OF AMERICA__

VS. __ANGELO HARPER, JR__

PLAINTIFF'S EXHIBIT __1__

DATE _____ IDEN.

DATE _____ EVID.

BY_____
           DEPUTY CLERK

AO 386



**KIK INTERACTIVE, INC. RESPONSE TO REQUEST FOR SUBSCRIBER DATA DATED [DATE]:**    **2015/10/12**

Please find below the most basic subscriber information, as well as the most recent IP addresses.

Please note that the requested data may not be available for Kik users who have been inactive for the past 30 days or if the requested date range is outside of 30 days prior to the date of this report.

**PLEASE NOTE:** A glossary of terms will be provided, which includes an explanation of the terms and data included in this response.

**Metrics:**

First Name:   Bobby

Last Name:   Green

Email:   fakestofemail@fakermails.com (unconfirmed)

Username:   cm8jiaw4

---

| | | |
|---|---|---|
| 2015/05/20 12:24:32 EDT | CLIENT_VERSION | 7.3.1.111 |
| 2015/10/11 21:10:48 EDT | CLIENT_VERSION | 8.3.0.678 |
| 2015/10/11 21:10:48 EDT | USER_LOCATION | US (city: Unknown, lat: 38.0, long: -97.0, tz: Unknown, ip: 104.175.141.234) |
| 2015/04/15 20:08:35 EDT | REGISTRATION_TIMESTAMP | 2015/04/15 19:08:35 |
| 2015/10/02 02:40:05 EDT | REGISTRATION_CLIENT_INFO | android-id=774f979d230b2593 |
| 2015/10/02 02:40:05 EDT | REGISTRATION_CLIENT_INFO | android-sdk=10 |
| 2015/10/02 02:40:05 EDT | REGISTRATION_CLIENT_INFO | brand=sprint |
| 2015/10/02 02:40:05 EDT | REGISTRATION_CLIENT_INFO | device-type=android |
| 2015/10/02 02:40:05 EDT | REGISTRATION_CLIENT_INFO | lang=en_US |
| 2015/10/02 02:40:05 EDT | REGISTRATION_CLIENT_INFO | model=PG06100 |

2015/10/02 02:40:05 EDT   REGISTRATION_CLIENT_INFO   operator=310120

2015/10/02 02:40:05 EDT   REGISTRATION_CLIENT_INFO   prefix=CAN

2015/10/02 02:40:05 EDT   REGISTRATION_CLIENT_INFO   version=8.3.0.678

| Date/time | Timestamp | Packet ID | Device | Extra data |
|---|---|---|---|---|
| 2015/09/13 02:18:14 EDT | 1442125094782 | 73dfd013-0a70-4d7b-b728-fcd56433e224 | CAN | {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":19,"cm":"cm143","CN":"WIFI","it":0} |
| 2015/09/13 09:16:57 EDT | 1442150217318 | dd660a8f-6adb-4a4d-8a5b-18f479282f36 | CAN | {"C":"US","cv":150,"pt":4,"v":"8.3.0.678","ip":"104.175.141.234","sot":14,"cm":"cm134","CN":"WIFI","it":0} |
| 2015/09/14 00:54:37 EDT | 1442206477603 | 67cf3318-0cca-4786-a217-12f649583ef8 | CAN | {"C":"US","cv":150,"pt":4,"v":"8.3.0.678","ip":"104.175.141.234","sot":7,"cm":"cm128","CN":"WIFI","it":22} |
| 2015/09/14 00:57:14 EDT | 1442206634986 | a966cd90-20b9-4387-9bdf-cfbb8ffdf53c | CAN | {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":68,"cm":"cm128","CN":"WIFI","it":0} |
| 2015/09/15 01:49:30 EDT | 1442296170172 | fbe7cb00-7aad-47a8-8654-5a9ff4f90846 | CAN | {"C":"US","cv":150,"pt":36,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm127","CN":"WIFI","it":17} |
| 2015/09/15 16:00:15 EDT | 1442347215804 | 25321ca1-a214-4ab8-a7df-380a86bf69f4 | CAN | {"C":"US","cv":150,"pt":2,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm141","CN":"WIFI","it":0} |
| 2015/10/02 02:40:10 EDT | 1443768010713 | 0a501513-9b3f-4bbf-b6a1-4f5d7a095913 | CAN | {"C":"US","cv":150,"pt":5,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm136","CN":"WIFI","it":39} |
| 2015/10/02 16:22:23 EDT | 1443817343939 | 9c63bd6d-9e33-4fd2-8625-27b431018d37 | CAN | {"C":"US","cv":150,"pt":4,"v":"8.3.0.678","ip":"104.175.141.234","sot":27,"cm":"cm104","CN":"WIFI","it":0} |
| 2015/10/06 01:46:18 EDT | 1444110378864 | 33799574-ac4c-4453-ba54-0a390c00acc4 | CAN | {"C":"US","cv":150,"pt":6,"v":"8.3.0.678","ip":"104.175.141.234","sot":3,"cm":"cm104","CN":"WIFI","it":0} |
| 2015/10/08 01:50:59 EDT | 1444283459337 | dca42008-9b28-4756-a8ac-3f034707910c | CAN | {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":39,"cm":"cm108","CN":"WIFI","it":1} |
| 2015/10/08 02:14:25 EDT | 1444284865932 | 5d25e739-67c9-4016-9a1b-847d51a7c871 | CAN | {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm133","CN":"WIFI","it":18} |
| 2015/10/09 01:47:49 EDT | 1444369669624 | 7cacd8de-d5d5-4d61-9ad7-f4054754ca29 | CAN | {"C":"US","cv":150,"pt":1,"v":"8.3.0.678","ip":"104.175.141.234","sot":29,"cm":"cm114","CN":"WIFI","it":0} |
| 2015/10/09 03:57:07 EDT | 1444377427964 | 103eb3e3-ada4-406c-8658-ca14436cabf1 | CAN | {"C":"US","cv":150,"pt":11,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm126","CN":"WIFI","it":40} |
| 2015/10/09 05:19:46 EDT | 1444382386468 | 2f967e6f-3dae-4a5f-b4d8-c0c404ed207f | CAN | {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm126","CN":"WIFI","it":0} |
| 2015/10/09 14:32:59 EDT | 1444415579705 | 5cd80347-85f7-45cc-9448-ba1ac23a3352 | CAN | {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm123","CN":"WIFI","it":3} |
| 2015/10/09 23:42:45 EDT | 1444448565558 | bf1115dd-9840-4bd4-b80a-f6022d351784 | CAN | {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm112","CN":"WIFI","it":1} |
| 2015/10/09 23:43:00 EDT | 1444448580452 | 6a974f38-1c56-499c-ae28-63d3cff58b47 | CAN | {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":8,"cm":"cm112","CN":"WIFI","it":2} |
| 2015/10/09 23:43:19 EDT | 1444448599341 | 9109c20a-2f67-4f91-9201-8a2df632f1e5 | CAN | {"C":"US","cv":150,"pt":1,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm112","CN":"WIFI","it":1} |
| 2015/10/09 23:43:44 EDT | 1444448624878 | 12eddc99-501a-4fd5-91d2-73cb66bb2eed | CAN | {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm112","CN":"WIFI","it":0} |
| 2015/10/11 03:47:15 EDT | 1444549635464 | 68e40c63-90dd-4d77-9366-56b53645be59 | CAN | {"C":"US","cv":150,"pt":4,"v":"8.3.0.678","ip":"104.175.141.234","sot":8,"cm":"cm103","CN":"WIFI","it":1} |
| 2015/10/11 03:47:31 EDT | 1444549651291 | ff729c0a-fb90-40ad-bb21-332669007433 | CAN | {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm103","CN":"WIFI","it":0} |
| 2015/10/11 03:48:28 EDT | 1444549708483 | 5413b74d-5e70-474b-8474-94919d02cc93 | CAN | {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":23,"cm":"cm103","CN":"WIFI","it":1} |

2015/10/11 03:49:16 EDT  1444549756350  f9c3c468-0c91-47af-b0e9-bddadcfc9e7a  CAN  {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm103","CN":"WIFI","it":0}

2015/10/11 03:49:34 EDT  1444549774575  182e8558-8300-4c94-bcad-002a6a3d3103  CAN  {"C":"US","cv":150,"pt":1,"v":"8.3.0.678","ip":"104.175.141.234","sot":0,"cm":"cm103","CN":"WIFI","it":0}

2015/10/11 06:01:31 EDT  1444557691474  7bf397eb-1ffb-4a4c-bfa0-8e9e49c31de2  CAN  {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":1,"cm":"cm103","CN":"WIFI","it":0}

2015/10/11 18:56:59 EDT  1444604219075  cbd336e7-88ca-4da5-b419-729a9f320154  CAN  {"C":"US","cv":150,"pt":3,"v":"8.3.0.678","ip":"104.175.141.234","sot":82,"cm":"cm114","CN":"WIFI","it":16}

2015/10/11 21:05:17 EDT  1444611917988  47f8e6f4-45b3-4588-879c-2d222e5a7b5c  CAN  {"C":"US","cv":150,"pt":1,"v":"8.3.0.678","ip":"104.175.141.234","sot":4,"cm":"cm119","CN":"WIFI","it":0}

2015/10/11 21:10:48 EDT  1444612248321  214fb7cf-849a-4378-882f-532f44be0a78  CAN  {"C":"US","cv":150,"pt":0,"v":"8.3.0.678","ip":"104.175.141.234","sot":3,"cm":"cm119","CN":"WIFI","it":3}

AHJ002103

# KIK's SUBSCRIBER DATA GLOSSARY

Thanks for checking out our glossary for subscriber data responses. Kik data can be tough to interpret, and we hope this glossary will be a useful tool for you. It includes an explanation of the data included in our response to your Order.

If you have questions about the data that aren't answered in our glossary, you can reach us at lawenforcement@kik.com.



AHJ002104

KIK'S SUBSCRIBER DATA GLOSSARY

## Subscriber data

Subscriber data is provided in response to a valid Order (i.e., a subpoena or warrant issued or an order made by a court, person or body with jurisdiction to compel the production of information) and includes:

- Basic subscriber information provided by the user, such as first and last name, email address, and link to current profile picture. *This information isn't verified by Kik, meaning that we don't have any way to know if it's accurate.*
- Device related information. *This information varies depending on device type.*
- Kik account information such as account creation date and version.
- User location information, including most recent IP address (after November 2013).

We collect IP address information up to 30 days old (because we need it to process messages sent within Kik Messenger), but *this information is provided by third parties and isn't verified by Kik.*

Below is a list of commonly found terms within subscriber data responses:

| | |
|---|---|
| Metrics | Includes current account information such as username, first name, last name and email address, which are entered by the user and not verified by Kik. |
| | Email addresses may be either confirmed, or unconfirmed. |
| | "Confirmed" means the user received a verification email from Kik and clicked on the link within the email. |
| | "Unconfirmed" means either the email address is invalid, or the user received the email but did not click on the link within the email. |
| BINDING_INFO | User opens app forces a connection to Kik. |
| PROFILE_PIC_URL | Link to the user's current profile picture. Top link is for a large sized photo and bottom link is for a thumbnail sized photo. If the user has deactivated their account, the profile link produces an error message. |
| CLIENT_VERSION | Indicates the version of Kik that the user is using and the dates on which the user updated versions. |
| REGISTRATION_CLIENT_INFO | Includes device related information such as the country code the user entered on the device, the |

Doc ID: TS1.2
Last Revised: January 29, 2015

2



KIK'S SUBSCRIBER DATA GLOSSARY

| | |
|---:|:---|
| | type, model, language and prefix. (CIP = iPhone; CAN = Android) |
| REGISTRATION_TIMESTAMP | The timestamp in Eastern Standard Time that the user registered their Kik account. |
| USER_LOCATION | Last known IP address of the user, including city, lat and long, and timezone. Kik obtains this information via third party and it is not verified. |
| Date/time | Date and time are in Eastern Standard Time. |
| Timestamp | Timestamps are in Unix Time (GMT) |
| Packet ID | Unique server ID per event, ie. Retransmitted messages will have the same packet ID. |
| Device | Device type that was used at the time of the event. |
| Extra Data | A comma separated list of event type specific key/value pairs. Key/values are delimited with '#'. Some keys are self explanatory (Ex. 'IP' means IP Address) but most aren't since we abbreviate heavily to save storage costs. |
| jid | Username_xxx where 'xxx' are three random characters assigned by Kik systems. |