# GOVERNMENT'S EXHIBIT 2

CASE NO.   **CR 15-595-RGK**

**UNITED STATES OF AMERICA**

VS.   **ANGELO HARPER, JR**

PLAINTIFF'S EXHIBIT   **2**

DATE _____ IDEN.

DATE _____ EVID.

BY_____
                **DEPUTY CLERK**

AO 386

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, __Nicole Nearing__, with the understanding that I am subject to criminal penalty under the laws of Canada for an intentionally false declaration, declare that I am employed by/associated with _____Kik Interactive, Inc._____ in the position of Senior Trust and Safety Analyst and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. Were kept in the course of regularly conducted business activity; and

3. Were made by the said business activity as a regular practice.

The originals or duplicates of these records are maintained in the country of Canada.

Date of Execution:   __07/11/2016__

Place of Execution: Waterloo, Canada

Signature: