# GOVERNMENT'S EXHIBIT 4

**CASE NO.    CR 15-595-RGK**

**UNITED STATES OF AMERICA**

**VS.    ANGELO HARPER, JR**

**PLAINTIFF'S EXHIBIT    4**

**DATE** _____ **IDEN.**

**DATE** _____ **EVID.**

**BY**_____
        **DEPUTY CLERK**

**AO 386**

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, <u>Nicole Nearing</u>, with the understanding that I am subject to criminal penalty under the laws of Canada for an intentionally false declaration, declare that I am employed by/associated with <u>Kik Interactive, Inc.</u> in the position of <u>Senior Trust and Safety Analyst</u> and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1.    Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2.    Were kept in the course of regularly conducted business activity; and

3.    Were made by the said business activity as a regular practice.

The originals or duplicates of these records are maintained in the country of Canada.

Date of Execution:   <u>07/11/2016</u>

Place of Execution: Waterloo, Canada

Signature:

AHJ002174