# GOVERNMENT'S EXHIBIT 5

**CASE NO.**   **CR 15-595-RGK**

   **UNITED STATES OF AMERICA**

**VS.**   **ANGELO HARPER, JR**

**PLAINTIFF'S EXHIBIT   5**

**DATE** _____ **IDEN.**

**DATE** _____ **EVID.**

**BY**_____
         **DEPUTY CLERK**

**AO 386**

**SUBSCRIBER RECORD**

| **Target Details** | **104.175.141.234, 10/7/2015 10:07:00 PM, Eastern** |
|---|---|
| Subscriber Name: | ANGELO HARPER |
| Subscriber Address: | 12959 LASSELLE ST, MORENO VALLEY, CA 92553-4729 |
| Service Type - RR HSD | Activate Date: 10/5/2010     Deactivate Date: Still Active |
| User Name or Features: | AHARPER24@roadrunner.com |
| Phone number: | (951)243-5230 |

**Time Warner Cable /** 13820 Sunrise Valley Drive Herndon, VA 20171 / **Tel:** (703) 345-3422 **Fax:** (704) 697-4911

AHJ000450