# GOVERNMENT'S EXHIBIT 6

**CASE NO.      CR 15-595-RGK**

    **UNITED STATES OF AMERICA**

**VS.     ANGELO HARPER, JR**

**PLAINTIFF'S EXHIBIT    6**

**DATE _____ IDEN.**

**DATE _____ EVID.**

**BY_____**
            **DEPUTY CLERK**

**AO 386**

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, do hereby declare:

1. My name is Enaam Oliver. I am over 18 years of age and employed by Time Warner Cable Inc. as a Subpoena Analyst. Part of my job responsibilities are to review the records that Time Warner Cable maintains that tie individual customer accounts to specific business records.

2. I make this declaration based on a review of Time Warner Cable's business records, which are created contemporaneously with the activity, are kept in the ordinary course of Time Warner Cable's business and pertain to the regular business of Time Warner Cable.

3. I am in receipt of legal process served on 10/13/2015, signed by Patrick McCall, and requesting specified records of Time Warner Cable. Attached to this declaration are records responsive to the request. These records are business records of Time Warner Cable.

I DECLARE under penalty of perjury that the foregoing is true and correct.

        Enaam Oliver
        Subpoena Analyst, Law Enforcement Response Operations Center
        Time Warner Cable
        SubpoenaInquiry@twcable.com