# GOVERNMENT'S EXHIBIT 7

**CASE NO.     CR 15-595-RGK**

　　　**UNITED STATES OF AMERICA**

**VS.     ANGELO HARPER, JR**

**PLAINTIFF'S EXHIBIT    7**

**DATE _____ IDEN.**

**DATE _____ EVID.**

**BY_____**
　　　　　**DEPUTY CLERK**

**AO 386**

**SUBSCRIBER RECORD**

| **Target Details** | **104.175.141.234, 10/7/2015 10:07:00 PM, Eastern** |
|---|---|
| Subscriber Name: | ANGELO HARPER |
| Subscriber Address: | 12959 LASSELLE ST, MORENO VALLEY, CA 92553-4729 |
| Service Type - RR HSD | Activate Date: 4/28/2009     Deactivate Date: Still Active |
| User Name or Features: | AHARPER24@roadrunner.com |
| Phone number: | (951)243-5230 |
| **Other Details** ||
| Other Information: | Current Dynamic IP Address: 104.175.141.234, Original Lease Start: 12/11/2014 5:42:00 PM PST. |