EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
GEORGE E. PENCE (Cal. Bar No. 257595)
A. CARLEY PALMER (Cal Bar. No. 307303)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253/0282
     Facsimile: (213) 894-0141
     E-mail:    george.pence@usdoj.gov
                carley.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-00595-RGK |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED WITNESS LIST |
| v. | Trial Date: July 19, 2016<br>Trial Time: 9:00 a.m. |
| ANGELO HARPER JR., | Location: Courtroom of the Hon. R. GARY KLAUSNER |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys George E. Pence and

//
//
//
//
//
//
//

A. Carley Palmer, hereby files the Government's Amended Witness List.

Dated: July 18, 2016                    Respectfully submitted,

                                        EILEEN M. DECKER
                                        United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                                  /s/
                                        _____
                                        GEORGE E. PENCE
                                        A. CARLEY PALMER
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

| | WITNESS NAME | DATE CALLED TO TESTIFY |
|---|---|---|
| 1. | Special Agent Patrick M. McCall, Department of Homeland Security, Homeland Security Investigations | July 19, 2016 or July 20, 2016 |
| 2. | Special Agent Oladele Salaam, Department of Homeland Security, Homeland Security Investigations | July 19, 2016 or July 20, 2016 |
| 3. | Special Agent Jonathon Ruiz, Department of Homeland Security, Homeland Security Investigations | July 19, 2016 or July 20, 2016 |
| 4. | David M. V. Jones | July 19, 2016 or July 20, 2016 |