# EXHIBIT A

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER RV07QS14RV0003 |

| TITLE: ANGELO HARPER (JCBUDDY64@YAHOO.COM) |
| --- |

| CASE STATUS: | INTERIM RPT | | |
| --- | --- | --- | --- |
| REPORT DATE<br>111214 | DATE ASSIGNED<br>103113 | PROGRAM CODE<br>YT1 | REPORT NO.<br>005 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: CASE UPDATE NOV. 2014 RE: HARPER

SYNOPSIS:
In August 2013, the National Center for Missing and Exploited Children's Network (NCMEC) contacted the Riverside Sexual Assault Felony Enforcement (SAFE) Task Force with Cybercrime Tip # 2047698 regarding a user in the area of Moreno Valley, California who attempted to upload and send images of suspected child pornography to his Dropbox account (jcbuddy64@yahoo.com).

| DISTRIBUTION:<br>ASCRV SACLA | SIGNATURE:<br>ROELFS DAYNA M SPECIAL AGENT |
| --- | --- |
| | APPROVED:<br>GUTIERREZ JOE G OI GRP SUPERVISOR |
| | ORIGIN OFFICE: RV<br>RIVERSIDE, CA - ASAC | TELEPHONE: |
| | | TYPIST: ROELFS |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000029

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE    2 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 005 |

DETAILS OF INVESTIGATION:

In August 2013, the National Center for Missing and Exploited Children's Network (NCMEC) contacted the Riverside Sexual Assault Felony Enforcement (SAFE) Task Force with Cybercrime Tip # 2047698 regarding a user in the area of Moreno Valley, California who attempted to upload and send images of suspected child pornography to his Dropbox account (jcbuddy64@yahoo.com).

In October 2014, the case agent heard back from the forensics agent regarding the forensics on HARPER's media. The forensics agent told the reporting agent that nothing of investigative interest was found on HARPER's media and that what was relevant was found in the deleted space on HARPER's media. The US Attorney's Office will not file a federal case on deleted items so the reporting agent will refer this case to the Sexual Assault Felony Enforcement Task Force (SAFE) for further disposition.
This case continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000030