# EXHIBIT B

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER RV07QS14RV0003 |

| TITLE: ANGELO HARPER (JCBUDDY64@YAHOO.COM) |
| --- |

| CASE STATUS: | INTERIM RPT | | |
| --- | --- | --- | --- |
| REPORT DATE 101915 | DATE ASSIGNED 103113 | PROGRAM CODE YT1 | REPORT NO. 006 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
COMPUTER FORENSICS INFO

TOPIC: FORENSICS REPORT - CASE RV07QS14RV0003 - LINE ITEMS 001-003

SYNOPSIS:
In August 2013, the National Center for Missing and Exploited Children (NCMEC) contacted the Riverside Sexual Assault Felony Enforcement (SAFE) Task Force with Cybercrime Tip # 2047698. The NCMEC referral indicated an individual using Internet Protocol (IP) address 142.136.82.105 and the email address "jcbuddy64@yahoo.com," had attempted to upload suspected child pornography (CP) content to a Dropbox. The account identification utilized to access the Dropbox account was jcbuddy64@yahoo.com.

On January 16, 2014, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) Riverside agents and SAFE Task Force members executed federal search warrant ED14-0025M at the residence of HARPER.

This report will document the forensic findings of Computer Forensic Analyst (CFA) Reneau.

| DISTRIBUTION: ASCRV SACLA | SIGNATURE: RENEAU   DENNIS   SPECIAL AGENT |
| --- | --- |
| | APPROVED: TOMS   MICHAEL   RAC-RESIDENT AGENT IN |
| | ORIGIN OFFICE: RV RIVERSIDE, CA - ASAC | TELEPHONE: |
| | | TYPIST: RENEAU |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000055

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    2 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

SYNOPSIS

In August 2013, the National Center for Missing and Exploited Children (NCMEC) contacted the Riverside Sexual Assault Felony Enforcement (SAFE) Task Force with Cybercrime Tip # 2047698. The NCMEC referral indicated an individual using Internet Protocol (IP) address 142.136.82.105 and the email address "jcbuddy64@yahoo.com," had attempted to upload suspected child pornography (CP) content to a Dropbox. The account identification utilized to access the Dropbox account was jcbuddy64@yahoo.com.

On September 17, 2013, Riverside Probation Officer J. Mellinger authored a search warrant to Time Warner Cable for the user information associated with the identified IP address. Time Warner responded identifying Angelo HARPER as the registrant.
Information contained within federal search warrant "ED14-0025M" identified the following information and suspected CP content as having been uploaded to the Dropbox servers by the user account jcbuddy@yahoo.com:

a.      Dropbox account identification number 184233476.
b.      Suspected CP image "bpm2 (1).jpg"
c.      Suspected CP image "Jun 18, 1 13 12 PM(1).jpg"
d.      Suspected CP image "Jun 18, 113 12 pm (2).jpg
e.      IP address 142.136.82.105

On January 16, 2014, pursuant to federal search warrant ED14-0025M, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) Riverside agents and SAFE Task Force members executed the federal search warrant at the residential address ███████████████████████ Moreno Valley, California.

At the conclusion of the federal search warrant, computer forensics agent (CFA) special agent Tu Vo recommended three items for seizure. Line item 001 (Lacie External Hard Disk Drive SN# 15661301613800R), line item 002, (Dell Computer Tower, Seagate HDD #5MT239VL, and line item 003, (Apple iPhone, SN DNPL2XXHF8GH).

On January 21, 2014, CFA Dennis Reneau took possession of line items 001-003 as noted on DHS Forms 6051S (5570720, 5570523, and 5570521). All items were transported by government vehicle to the HSI Ventura Computer Forensics Laboratory in Camarillo, California, for analysis.

This report will document the forensic findings of line items 001-003 by CFA Reneau.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000056

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   3 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

CASE #                      RV07QS14RV0003
CASE AGENT                  Dayna Roelfs, Special Agent
Forensic Analyst            Dennis Reneau
Date Search Initiated       January 21, 2014
Forensic Lab Location       ASAC Ventura, 770 Paseo Camarillo, Camarillo, CA
Exam Authority              Federal Warrant ED14-0025M

Alleged Violations   Title 18 U.S.C.   2252A (a) (2) (Receipt or Distribution of Child Pornography), and Title 18 U.S.C. 2252A (a) (5) (B) (Possession of Child Pornography)

METHODOLOGY AND FORENSIC TOOLS
On January 21, 2014, CFA Reneau took possession of line items 001-003, as noted on DHS Forms 6051S (5570720, 5570523, and 5570521). All items were transported by government vehicle to the Computer Forensics Laboratory in Camarillo, California for analysis.

On this same date, CFA Reneau initiated a forensic examination of the seized devices in conjunction with the federal warrant.

The forensic tools EnCase version 6.19, AccessData's Registry Viewer, MiTEC's Registry Recovery tool, Internet Evidence Finder V6.2, IEF Dropbox Decryptor, and Oxygen Forensics 2013 Analyst were utilized during the forensic examination of the seized items.
All programs utilized are commercially available and licensed by the Federal Government.

ITEMS SUBJECTED TO INVESTIGATIVE PREVIEW

Line Item                   001
Description:                LACIE External 2TB HDD
Model:                      GGED FW USB3
Image Name:                 LINE_ITEM_001.E01
Write-Blocker:              Tableau SATA
File System:                NTFS
Serial Number (S/N):        0000000015d6a1a31091

File Integrity              Completely Verified, with Errors
Acquisition MD5             08b8e2516bd77726cb8a244ab3678d67
Verification MD5            4b4d85de00460873db4315e66f2cffab
GUID                        77234a82818a414e86798296 90225fb7

EXAMINATION PREVIEW NOTE

Initial assessment of the digital device by CFA Reneau was negative for the

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000057

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   4<br><br>CASE NUMBER RV07QS14RV0003<br><br>REPORT NUMBER: 006 |
|---|---|

presence of suspected CP content. The device contained numerous photographs of what appeared to depict Alan HARPER. Additional searches were conducted using EnCase V6.19. Both keyword and image searches were negative for suspected CP content.

```
Line Item               002
Description:            DELL DESKTOP COMPUTER
Image Name:             LINE_ITEM_001.E01
Write-Blocker:          Tableau SATA
Serial Number (S/N):    5MT239V2
Disk Signature:         1623AB41
Internal Hard Drive:    SEAGATE BARRACUDA 7200.7 160GB HDD
Operating System      : WINDOWS XP, SERVICE PACK 3
Computer Name:          NAI-55F8E8FE66E
Install Date:           1/30/2011 8:29:35 PM
Current Build No.:      2600

Last Shut Down Time:    01/16/2014 01:22:48 AM (UTC)
Shutdown Count          727

Default user name:      Nick
Full Name:              AJ
Default domain name:    AI-55F8E8FE66E
Registry base key path: Software\Microsoft\Windows NT\CurrentVersion\
```

TIME ZONE SETTINGS

```
Registry base key path: System\ControlSet001\Control\TimeZoneInformation
Standard Name:          Pacific Standard Time
Standard time start:    Sunday the 1st week of November at 2:00
Daylight savings time:  Sunday the 2nd week of March at 2:00
Daylight Savings Name:  Pacific Daylight Time
Active Time Bias:       -8 hours offset from UTC
Time Zone:              (GMT-08:00) Pacific Time (US & Canada)
Standard time is set to change the standard bias by 0 minutes
Daylight savings time is set to change the standard bias by 60 minutes
```

The Basic Input/Output System (BIOS) time settings for line item 002 indicated the system time and date were both correct.

NON-DEFAULT USER ACCOUNT INFORMATION

Within a Windows XP environment, a user account defines the actions a user can perform in Windows. In addition, the user account establishes privileges assigned to each user. There are two types of user accounts available: limited

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000058

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   5 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

accounts and Administrators accounts.
"Administrator" accounts are permitted to make system wide changes, install programs, and access all files on the computer. Users assigned to the administrator group have full access to other user accounts on the computer. User account "Nick" is a member of the Administrators group within line item 002.

User account "Nick" was the only non-default (user created) account within line item 002. All login activity for line item 002 was associated with the user account "Nick."
The System Account Manager (SAM) registry file was examined by CFA Reneau and determined to have one non-default user account. The name of the user account was "Nick" (NICK) with Security Identifier (SID) S-1-5-21-329068152-1993962763-1606980848-1003.
The SAM registry hive is located at file path "C:\Windows\System32\config\SAM." The SAM is a registry hive that contains hashed passwords, usernames, and associated SIDs.

A SID is a unique alphanumeric value utilized to identify a user, group, or computer account within the Windows environment. A SID on a local computer is generated by the Local Security Authority (LSA) when the account is first created. SIDs is used by the Access Control List (ACL) to determine if a user or group is allowed to perform various tasks and to identify file ownership. These tasks can include opening a file, opening a folder, and making changes to a particular file. There are no duplicate SIDs created for a single computer within a Windows environment.

```
Username          : Nick (1003)
Full Name         : AJ
SID               : S-1-5-21-329068152-1993962763-1606980848-1003
Account Created   : Sun Jan 30 20:48:26 2011 Z
Last Login Date   : Thu Jan 16 00:19:46 2014 Z
Pwd Reset Date    : Sun Jan 30 20:48:26 2011 Z
Pwd Fail Date     : Never
Login Count       : 1976

  --> Password does not expire
  --> Normal user account
```

EXAMINATION PREVIEW NOTES

At the time of line item 002's preliminary search, CFA Reneau noted one internal Seagate Barracuda 7200.7 160GB HDD. The HDD contained serial number 5MT239V2. Both the eSATA power and data cords were connected to the drive. There were no attached external media or storage devices identified at the
OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 6 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

time of initial preview.

Initial assessment of the line item 002 HDD by CFA Reneau identified approximately 32 suspected CP images contained within a Windows zip file named "boyze.zip." The zip archive was located at file path "C:\Downloads\boyze.zip."

CFA Reneau previewed each of the 32 suspected CP images. Each of the images previewed were fully functional. A sampling of these items will be documented within the "Summary of Findings" section for line item 002.

To analyze the device, a forensic image of line item 002 was acquired and verified. Verification failed with no bad sectors identified. The forensic image was acquired using a SATA Tableau Write-Blocker, FTK Imager 3.0, and a government evidence drive to store the captured image.

Acquisition Hash:      e1e9d349d8cff0c0d77e41e14cc27e56
Verification Hash:     029664777ce692888ecb795376cc7891

SUMMARY OF FINDINGS   LINE ITEM 002

Video and image totals depicted below represent the totals located within line item 002. A file listing of the items identified as suspected CP will be provided to the case agent.

1.      Line item 002 contained two suspected CP video files and two child erotica video files. All four of the video files were located within unallocated space.
Unallocated space is an area or space on a hard drive that is available to write data. Unallocated space is not viewable to a typical computer user and requires specialized forensic software to access and view the content. Remnants within unallocated space include partially deleted files.
2.      Line item 002 contained approximately 330 suspected CP images and approximately 100 child erotica images. Of this total, approximately 32 of the images were found within the allocated space. The remaining images were located within unallocated space and accessed once the drive was carved with EnCase.
3.      Contained within the suspected CP images located in unallocated space were approximately eight images of what appear to be minor children under the age of two years old.
4.      CFA Reneau submitted approximately 297 images located within the unallocated space to NCMEC, of which, 28 were listed as Identified Child, 228 were Recognized Hash Value, and 41 were Unrecognized Hash Value.

5.      Approximately 32 images contained within the zip archive "boyze.zip"

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000060

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE    7 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

were submitted to NCMEC, with one listed as Identified Child and 21 were listed as Recognized Hash Values.

NCMEC DEFINITIONS

IDENTIFIED CHILD: These exact hash values are associated with an image/video which appears to depict at least one (1) child previously identified by law enforcement. Please be advised that these hash values may be associated with apparent child pornography images/videos as well as files that do not contain apparent child pornography.

RECOGNIZED HASH VALUES: These exact hash values are associated with files previously submitted to the National Center for Missing & Exploited Children (NCMEC's) Child Recognition and Identification System. However, NCMEC has no additional information regarding these files, which may or may not contain apparent child pornography or depict identified children. As a result, these hash values will not be listed in the pdf version of the NCMEC Initial Hash Value Comparison Report.

UNRECOGNIZED HASH VALUES: These exact hash values are associated with images/videos that have not yet been submitted to NCMEC's Child Recognition and Identification System.

6.    EnCase keyword searches conducted against line item 002 revealed the prior existence of the file name "bpm2 (1).3gp" within the pagefile.sys. Image file "bpm2 (1).jpg was referenced within the federal search warrant ED14-0025M as a file that contained suspected CP content.

The pagefil.sys is used by the Windows operating system as virtual memory. When the applications running on the computer require more Random Access Memory (RAM) than what is installed in the device, Windows uses pagefil.sys as additional storage space.

7.    An EnCase keyword search for IP address "142.136.82.105" identified in excess of 5000 hits for the exact IP address within line item 002. A sampling of the hits located are:
a.    freakshare.commc/142.136.82.105
b.    youtube.com%2Fvideoplayback %3Fip%3D142.136.82 .105

c.    http://engine.medialand.ru/test?extip=142.136.82.105
d.    _GPL.dc(9159,{"ccid":"Moreno Valley","cid":"US ","ip":"142.136.82.105","ppi":"0","zoneid":203 96,"rid":"CA"}
8.    CFA Reneau identified one non-default user account within line item 002. The only non-default user account, "Nick," was associated with SID S-1-5-21-329068152-1993962763-1606980848-1003. The Relative Identifier (RID)

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000061

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE   8 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

for user account "Nick" was "1003."
The last four numbers of the SID represent the RID. In the Windows environment, user or group accounts with a RID of 1000 or greater are assigned to accounts not created by default.
9.     Located at file path, "C:\Downloads\boyze.zip," CFA Reneau located approximately 32 suspected CP images contained within a non-password protected Windows Zip file.
CFA Reneau conducted a file ownership and permission analysis of the Windows zip archive "boyze.zip within EnCase. The owner SID was identified as SID S-1-5-21-329068152-1993962763-1606980848-1003.
10.     Using EnCase, a search of the unallocated space was conducted for CP content. CFA Reneau located approximately 300 suspected CP images. These images have been provided to the case agent and NCMEC for additional analysis.
11.     Located at file path "C:\Documents and Settings\Nick\My Documents\college\Application Essay.doc," CFA Reneau identified a document entitled "Application Essay by Angelo Harper." The document appears to have been written from the vantage point of "Angelo Harper" and addressed to the Art Institute of California.

```
Last Accessed          01/27/13 04:54:54PM
File Created           12/23/12 03:02:07PM
Last Written           12/26/12 12:52:42PM
Entry Modified         01/20/13 04:31:25PM
Physical Size          24,576
Evidence File          DELL PC 160GB HDD
Hash Value             7e49f33106f3d4e9aca2b299d71b645a
```

Additional personal documents were located within the file path "C:\Documents and Settings\Nick\My Documents" including, "Letter of
12.     In examining line item 002, CFA Reneau identified an active installation of Dropbox located at file path, "C\Documents and Settings\Nick\Application Data\Dropbox\bin\Dropbox.exe."
Dropbox is a free and paid file hosting service which allows a user to access his or her files from any computer connected to the internet. Dropbox requires users to provide basic identifying information which includes a functioning email address at the time of registration.
13.     Information contained within federal search warrant ED14-0025M referenced NCMEC referral #2047698. This referral identified email address "jcbuddy64@yahoo.com" in association with Dropbox account "184233476" and the transmission of suspected CP content.
In examining line item 002, CFA Reneau conducted keyword searches for email address "jcbuddy64@yahoo.com." Located within the "config.db" database for the software application Dropbox, CFA Reneau noted the Dropbox registrant email address of "jcbuddy64@yahoo.com." The account number identified was "237587201."

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE   9 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER RV07QS14RV0003 |
|  | REPORT NUMBER: 006 |

The Dropbox file "config.db" is used to store the Dropbox application and configuration settings. The configuration database is located at file path "C:\Documents and Settings\Nick\Application Data\Dropbox," and had an MD5 hash value of "c0563d2923c0630215147dbae564f7ab."

14.     Utilizing a hash list created from the content in the Dropbox Search Warrant response, CFA Reneau identified approximately 297 hash matches for items carved from the unallocated space of line item 002. There were zero hash matches for the suspected CP items located within the zip archive.

15.     Utilizing the forensics tool Internet Evidence Finder (IEF), CFA Reneau decrypted the native Dropbox database "filecache.db." The database is encrypted by the application, not the user.

The "filecache.db" is used by Dropbox to identify the files actively stored on the Dropbox server and associated with the user account storing the database. Located within the Dropbox database, "filecache.db," CFR Reneau identified approximately 690 file listings. The list, in its entirety, will be provided to the case agent. The following is a sample of the file listings located within line item 002.

The file path was taken from the column "server_path" of the "filecache.db" database. The number "237587201" references the Dropbox account ID associated with the Dropbox account.

a.      237587201:/bibcam/(bibcam) very hot kid with sound 12 - 13 or so - justboykids - nelsonpsd(2).flv
b.      237587201:/bibcam/11 yo jason wankin off (incredible).avi
c.      237587201:/bibcam/12yo joep.avi
d.      237587201:/bibcam/3boys14-11-8.wmv
e.      237587201:/bibcam/___00036.avi
f.      237587201:/bibcam/aa-h webcam - w12 do u want it - bibcam - boy 13(2)(2).mpg
g.      237587201:/bibcam/bibcam !!new 2007 two pre-pub [bb].avi
h.      237587201:/bibcam/bibcam - 11yr computer boy strips on webcam.mpg
i.      237587201:/bibcam/boy 12yr watching porn.mp4
j.      237587201:/bibcam/ibcam bingo13yo-14yo boys .avi
k.      237587201:/bibcam/kdv schoolboy asian 16yr 10 45 min.mpg
l.      237587201:/series/boys gang/!!!!!!!!! [boy+boy] kdv sofaboys 1997 - russian boys trio! (suck+fuck).avi
m.      237587201:/series/boys gang/(((pthc))) {boylove} ssukm boy sucking man cock(2).mpg
n.      237587201:/series/boys gang/008 kdv young boys russian - 17-59min.avi
o.      237587201:/series/boys gang/1-!3boys.mpg
p.      237587201:/series/boys gang/2010 p101 really new !.mpg
q.      237587201:/series/boys gang/3_x_8_&_9yr_olds.avi

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000063

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 10 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

```
r.      237587201:/series/boys gang/boy scout .mpg
s.      237587201:/series/boys gang/kdv 17 pjk 60 (complete)
pocketpcvga-13.avi
t.      237587201:/series/boys gang/p101 25 little boys wankin after
school.mpg
u.      237587201:/series/boys gang/pjk 44 kdv - kiss suck 12yr 14y.wmv
v.      237587201:/series/boys gang/vhs5 06 2 kdv rbv russian.mpg
w.      237587201:/series/bsm/bsm cum shower - snd.flv
x.      237587201:/series/dad and son private/09-p101 - boy and man fuck 01
1m13s.mpg
y.      237587201:/series/dad and son private/2010 private-another point of
view 8yo.avi
z.      237587201:/series/devon boy man/indio 01.avi
```
16. CFA Reneau identified the five most recently changed files associated with Dropbox account ID "237587201." The file listing is created and stored by Dropbox to the internal database file "config.db." These files represent files that were removed or deleted from Dropbox.

The files identified were:

```
a.      /Stuff/vids/Brazil boy 1 Videos What You See Is Nothing.flv;
b.      /Stuff/vids/AMATEUR CHUBBY.flv;
c.      /Stuff/vids/_CHUB_TOO_HARD!!!neW_ - teenboys.flv;
d.      /Stuff/vids/_[SOLO] 12yo UGA (sound) - My-First-Time.flv;
e.      /Stuff/vids/ [HOT] E3-1 (super detailed !!).AVI
```
17. Located within line item 002, CFA Reneau identified an active installation of the Peer-to-Peer software Frostwire. Analysis of the "frostwire.props" file revealed the chat name of "jcbuddy64." The Frostwire logs and directories were negative for suspected CP content.
18. Located at file path "C:\Documents and Settings\Nick\Application Data\Skype\jcbuddy64\main.db," CFA Reneau identified file remnants of the SKYPE application and the user profile "jcbuddy64."

SKYPE is a voice-over-IP service and instant messaging client, currently developed by the Microsoft Skype Division. The SKYPE application permits the sharing of image and video files through the instant messaging client. The configuration settings of the SKYPE application listed a user created full name of "Bobby" and an associated email account of jcbuddy64@yahoo.com.

19. Analyzing the SKYPE contacts located within the "main.db" database file of SKYPE, CFA Reneau identified the contact "Siri.danielsen1." According to the "main.db" database, this contact was last online on 01/19/2013 at 07:07:51 PM.
20. Utilizing IEF, CFA Reneau identified approximately 100 file transfers between user "jcbuddy64" and "siri.danielsen1" with the application SKYPE.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 11 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

21.   In analyzing the SKYPE file transfer log, the following sample of the OUTGOING files sent from "jcbuddy64" to "siri.danielsen1" was extracted. A total of 32 files were attempted, of which 30 were marked by SKYPE as COMPLETED and two were marked as CANCELLED. The following is a sampling of the files sent from SKYPE user "jcbuddy64."
a.      CUTs [Boy+Man] - Suck in tub (1).asf
b.      (S) 13yo boy enjoying getting fucked by friend (3m20s).avi
c.      13-Pool_Cue.wmv
d.      B 6-dildo_boy time .41 mb 13.1.wmv
e.      5star 2boys sk kiss Ukrainian boys SUPER!.wmv
f.      wow boy sweet 15.wmv
g.      Memoirs...Sash.wmv
h.      11 yo blonde camp shower.wmv
i.      bibcam - 8m14 - gay boylover spinandy@hotmail co uk.wmv
j.      Montage of boys.wmv
k.      1 a 1 HOT red shirt cums LOUD.flv
l.      toddler.rar
m.      Trade.zip
n.      gdsigfd.wmv
o.      Mario.rar
p.      v5.avi
q.      boy02.avi
r.      pjk011.mp4
s.      sashka bros.avi
22.   In analyzing the SKYPE file transfer log, the following sample of the INCOMING files sent from "siri.danielsen1" to "jcbuddy64" was extracted. A total of 68 files were attempted, of which 55 were marked by SKYPE as COMPLETED. The following is a sampling of files received by SKYPE user "Jcbuddy64."
a.      todd01.zip
b.      gerber08.jpg
c.      12yboypoop.mpg
d.      p101-USboys_01_Brotherlove.mpg
e.      (_PJK_)_-_PTHC_-_KDV_-_RBV_-_PEDO__---_08_---_SK_---_Starskysh_---_Boys_-_11yo_-_15yo_-_09-01min_DIVX.avi
f.      Bound and Caned Hustler Rape 3.WMV
g.      Boy-ride-and-on-bed-DIV-X.avi
h.      4yo_sleepy_time_=_june_10_2005_012.jpg
i.      ##pree.mpg
j.      Boy-ride-and-on-bed-DIV-X.avi
k.      (Man&Boy_-_Riding_Daddy)_Man_fucks_11yo_boy_[3m].mpg
l.      boy_vasiline.mpg
m.      rapeson7.zip
n.      boyz.zip

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000065

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 12 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

o. demon18.zip
p. AVI mikael01 10yo boy rides_his dads big cock._fucked hard - pthc gay boy.avi
q. [mb]_gerbys_ii_012-1.avi
r. 4Yo_Rape.mpg
s. babyj_god-1.mpg
t. 5_2_Cute_Adorable_Little_10yo_Preteen_Boys_Snuggle_&_Kiss_Naked_Nude_Pedo_Young_Child_Sex_Kdv_Rbv_Pjk.mpg
u. p101_Capture02-.mpg
v. babyshivid-mmmivebeenshot(divx).avi
w. 12((hussyfan))lada_9yr_fuck_on_bed.avi
x. Pedo_-_10yo_willing_daughter_pthc.wmv
y. rapeher.AVI
z. Traz-boy_6yo_and_dad.mpg

23. In analyzing the SKYPE application, the following sampling of the chat messages between user "jcbuddy64" and "siri.danielsen1" was extracted. This is only a sample of the data. The chat log in its entirety will be provided to the case agent.
The format for the sampling of messages listed below is:
Partner Handle/ Display Name
Message

================BEGIN SAMPLE SKYPE CHAT========================
siri.danielsen1/ Siri Danielsen
do you have a good speed?

jcbuddy64/ Bobby
not really. but its just i got to be careful around others <ss type="wink">;)</ss>
Message Sent: 01/18/2013 05:56:07 PM

siri.danielsen1/ Siri Danielsen
is it safe for me to send? How old are you...

jcbuddy64/ Bobby
im 17. a senior in high school

siri.danielsen1/ Siri Danielsen
ok

jcbuddy64/ Bobby
yeah u can send if u want. how old r u?

siri.danielsen1/ Siri Danielsen

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000066

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   13 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

Is 49meg to big?

siri.danielsen1/ Siri Danielsen
38

jcbuddy64/ Bobby       oh wow.
cool lol

siri.danielsen1/ Siri Danielsen
Want be to send a 49mb file

jcbuddy64/ Bobby
49 is fine

siri.danielsen1/ Siri Danielsen
p101-USboys_01_Brotherlove.mpg

siri.danielsen1/ Siri Danielsen
A friend wil come over in max 30 minutes. So i only can do this until then,

siri.danielsen1/ Siri Danielsen
You have to acsept file

siri.danielsen1/ Siri Danielsen
Just be careful. Take your time.

jcbuddy64/ Bobby
ok. think u can also send pics & vids via email?

jcbuddy64/ Bobby
i will

jcbuddy64/ Bobby
did u send any?

siri.danielsen1/ Siri Danielsen
yes. you have to acsept

jcbuddy64/ Bobby
u still there?

jcbuddy64/ Bobby
i didn't get anything

siri.danielsen1/ Siri Danielsen

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000067

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 14 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

kovtod-0090.jpg

siri.danielsen1/ Siri Danielsen
You in usa. here it's 19.07

jcbuddy64/ Bobby
yeah its 10 in the morning here

siri.danielsen1/ Siri Danielsen
\<ss type="smile"\>:)\</ss\>

jcbuddy64/ Bobby
so where do u get your pics from?
siri.danielsen1/ Siri Danielsen
Around Seattle?

siri.danielsen1/ Siri Danielsen
I have been there many times \<ss type="tongueout"\>:P\</ss\>

jcbuddy64/ Bobby
california

siri.danielsen1/ Siri Danielsen
Why you like them so young...I like 8 to 14 the best.

jcbuddy64/ Bobby
yeah

jcbuddy64/ Bobby
think u can emai more infant/toddlwr pics

jcbuddy64/ Bobby
idk. i just like babies - 10 the most, but ive never seen many baby pics though

siri.danielsen1/ Siri Danielsen
ok. Like i told you I have so many pics i need time to find them. I made a toddler folder and i moved 50 pics there so fare just for you \<ss type="tongueout"\>:P\</ss\>

jcbuddy64/ Bobby
\<ss type="laugh"\>:D\</ss\>

jcbuddy64/ Bobby     can u email it?

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000068

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 15 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

siri.danielsen1/ Siri Danielsen
You are the first i chat with that have same intrest as me. I am wery scared abougt this. We have to be careful. I dont like that you do this at school.

siri.danielsen1/ Siri Danielsen
They monitor some of the trafick.

siri.danielsen1/ Siri Danielsen
It's safer to trade when you are home.

jcbuddy64/ Bobby
but im using my phone. ive done this many times, its safe here too <ss type="wink">;)</ss>

siri.danielsen1/ Siri Danielsen
But so slow. To send the 49 mb file wil take 3 days

siri.danielsen1/ Siri Danielsen
I send 10mbps

jcbuddy64/ Bobby     <ss type="sad">:(</ss> what is it of?

siri.danielsen1/ Siri Danielsen
but my poo video is HUGE

jcbuddy64/ Bobby
oh, you found a poo video <ss type="laugh">:D</ss>

siri.danielsen1/ Siri Danielsen
From a 12 y old boy i knew.

jcbuddy64/ Bobby
oh, your video is of poo <ss type="surprised">:O</ss>

jcbuddy64/ Bobby
what happens in it?

siri.danielsen1/ Siri Danielsen
Its so hard to find <ss type="sad">:(</ss>

siri.danielsen1/ Siri Danielsen
he takes a dump....

jcbuddy64/ Bobby
so u can see the poo coming out

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000069

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   16 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

siri.danielsen1/ Siri Danielsen
I always wanted to try that. Let a boy sit on my face and fill my mouth with poo.

jcbuddy64/ Bobby
hell yeah

siri.danielsen1/ Siri Danielsen
I have no idea if i like it but i want to try that

jcbuddy64/ Bobby
me too

jcbuddy64/ Bobby
lol. wish i can see a kid & animal <ss type="wink">;)</ss>

siri.danielsen1/ Siri Danielsen
you only like boy. Not female

jcbuddy64/ Bobby
im into young girls a little but i like boys a lot more

siri.danielsen1/ Siri Danielsen
me to.
Message Sent: 01/18/2013 06:29:24 PM

==================END SAMPLE SKYPE CHAT==========================
24.    A link file analysis was conducted on line item 002 revealing access to files of a possible suspected CP nature. The link files were located within the file path "C:\Documents and Settings\Nick\Application Data\Real\RealPlayer\History." A sample of the Windows LNK files are:
a. 12yo US boy squirts cum and pee at sa....lnk
b. 12((hussyfan))lada_9yr_fuck_on_bed.lnk
c. 3 boys playing.lnk
d. man fucks boy like dog on bed.lnk
e. 050909K 9yo boy gives much older brot....lnk
f. Bibcam 12Yo Konrad & 6Yo Boylover - m....lnk
25.    Analysis of line item 002 revealed the installation of client-based email application Outlook. The application was located at file path "C:\Program Files\Microsoft Office\OFFICE11\OUTLOOK.EXE."
EnCase keyword searches conducted across line item 002 revealed the use of Internet based email account "jcbuddy64@yahoo.com" by a user of this device.
26.    A check within the program files of line item 002 revealed the presence of anti-virus software AVG10.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE  17 |
|---|---|
| | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

```
Line Item               003
Description:            APPLE iPhone
Model:                  iPhone 5.2
Image Name:             Apple_iPhone 5 CDMA.ufd
Write-Blocker:          UFED
File System:            CDMA
Serial Number (S/N):    DNPL2XXHF8GH
IMSI:                   310120005370165
Time Zone:              America/Los Angeles
Phone Number:           (951) 378-5904
iTunes Display Name:    AJ's
Jail Break:             No
```

EXAMINATION PREVIEW NOTE

Initial assessment of line item 003 was conducted by placing the cellular device into a Faraday box and placing the cellular device into airplane mode. The Faraday box was utilized to restrict any network connectivity prior to the device being placed in airplane mode.
Once the device was placed in airplane mode, a forensic image was created using Cellebrite UFED. In addition, the device was analyzed using Oxygen Forensics 2013 Analyst.

SUMMARY OF FINDINGS   LINE ITEM 003

Video and image totals depicted below represent the totals located within line item 003. A file listing of the items identified as suspected CP has been provided to the case agent.
1.   At the time of analysis, the device was password protected with the password "4363," which was provided by the case agent.
2.   CFA Reneau identified approximately 50 suspected CP files located within the unallocated space of line item 003.
3.   Analysis of the cellular device identified several email accounts including "ajharper18@gmail.com" and "angeloharper18@yahoo.com."
4.   Line item 003 contained an active installation of Dropbox associated with the user ID "ajharper18@yahoo.com" and display name "Bobby J."

5.   The cellular number for the minor contact (M1) was listed as:
a.   Dad
b.   Mom
c.   Frances
d.   Home
e.   Other
f.   iPod

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000071

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 18 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RV07QS14RV0003 |
| | REPORT NUMBER: 006 |

g.    Street
h.    City   M̶

6.    In reviewing the message log of line item 003, CFA Reneau identified a contact listed as "JC" with the nickname "Buddy" (M1). There were approximately 1,070 messages located between a user of line item 003 and M1.
7.    On 10/18/2003 at 8:21 PM, a user of line item 003 sent a text message to M1 indicating "my mom said you go to the school she works at."
8.    Located on the device were approximately five, non-CP images of M1. The images include images which appear to have been taken in an elementary school classroom environment.
9.    Line item 003 contained approximately 8 images of unknown children taken in an elementary school classroom (non-CP or erotica).
10.   Data contained within line item 003 including message chats, contact lists, and images has been provided to the case agent.
11.   Utilizing a hash list created from the content in the Dropbox search warrant response, CFA Reneau identified two hash matches for items carved from the unallocated space of line item 003.

This investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

HAJ000072

```
           OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY
101915                   TECS II - LIST OF RELATED RECORDS                    PAGE    1
                                                                              TN007005
                         2 RECORDS ARE RELATED TO BASE RECORD
RV07QS14RV0003006     ROI   CBP RENEAU              D 101915


P7A20802301CBP        HARPER JR.      ANGELO        G B M 042195
         SO   SUSPECT, OTHER                                                  SUB-SOURCE

RV07QS14RV0003       CASE CRV ROELFS              D 103113
         ANGELO HARPER (JCBUDDY64@YAHOO.COM)
```