# EXHIBIT C

September 27, 2016
Your Honor,
RE: Angelo Gene Harper Jr.

My name is Linda Harper. I am Angelo Jr.'s mother. Angelo Jr. (AJ) is the youngest of my 3 children. My husband and I tried for 9 years to have children. God answered our prayers and after having our 2 daughters you can imagine our joy when we had our son AJ.

Before we had children we went through some hard times. My husband was arrested, he took responsibility and plead guilty. We were able to work through it with God's help and build a beautiful family. We poured our lives, love and faith into them. We tried to raise them right. I was shocked and horrified that AJ got involved with child pornography. AJ has never been in trouble with the law, in school or anything. He has always been a kind and thoughtful person. He did well in school and was on honor roll. He was also on the Dean's List and President's List in college. He would visit his grandmother every week at the Assisted Living Facility she lived at and watch movies with her. He is a loving member of our family.

I feel AJ somehow got involved in a horrible thing that got out of hand. I believe he tried to stop on his own instead of asking for help. I believe in fact, at the time of his arrest he hadn't been involved for several months. AJ, like his father, has taken responsibility and cooperated with the police without asking for a lawyer. I know AJ is remorseful. He has given his life to God and has started taking Bible College classes while in jail. He has said many times how sorry he is for what he has done, how it has hurt people and for putting our family through this. We still love and support him. He is not only my baby but my only son. I believe, like his

father he can turn his life around if given the chance. With this being AJ's first offence and him being so young and the minimum sentence being a considerable amount of years, I am asking for mercy when considering this case.

Respectfully Yours,

Linda Harper

*Linda Harper*

Your Honor,

RE: Angelo Gene Harper Jr.


It's hard for me to write a letter like this and put into words how I feel. Angelo Jr.(AJ) is my only son. My heart breaks for him. I know what he's facing. I did some things in the past that I'm not proud of. My mistake caused me to currently be a registered sex offender. I took responsibility and was able to get through it with my wife's support. I kept my life on the right track and actively instilled that into AJ. I did my best to be involved in his life. I made sure he participated in church activities. He loved Youth Group and was always involved with that.

AJ always did well in school. He even won a scholarship for college and received awards there too. He loves movies, youth group and family vacations. That's why we were all shocked he got involved in something like this. I feel AJ got caught up in a situation that was hard for him to get out of.

AJ is very remorseful for his actions. He knows what he did was wrong. He is not the dangerous offender they had in mind, when they required severe penalties in child pornography cases. I will continue to love and support AJ along with the family through this.  Please consider a minimum sentence and/or a rehab program to get him back on the right track.


Respectfully Yours,

Angelo Harper Sr.