# EXHIBIT D

Your Honor,

This is a character reference for my little brother "AJ" Angelo Harper Jr.

My name is Mariah Harper and I am AJ's oldest sister. I have known AJ for his whole life and love him very much. Finding out about the charges against him has saddened me deeply. Growing up AJ was such a caring person. AJ, my sister and I were very close as children since we all are not too far apart in age. Our favorite time of the year was when we all got to go on our family vacations. It was always a bonding experience.

We grew up in a Christian family going to church every Wednesday and Sunday and AJ really enjoyed going and would bring his friends sometimes. When Aj got his first job he wanted to save up to be able to give his family nice Christmas presents. He saved up and got me a flat screen TV. He was very giving and wanted to give back to us.

He has always been an introvert but with his family he was always able to be himself. He was on the right track with getting into the Art Institute and even receiving scholarships. He had a bright future ahead of him.

I believe him when he says he deeply regrets what he has done. He has apologized to myself and the whole family and we are all very forgiving and are working as a family to get through this hard time. I really think he must have been molested when he was younger to have had these feelings and sufferings.

I am now so proud of him for turning his life back around to God. He has started Bible College while in LA County Jail and has lead in Bible studies and prayer groups. This truly has opened his eyes and he wants to help others struggling. I believe the lowest possible sentence will be a long time for AJ to learn this hard lesson. He's my little brother and I love him dearly. I know he can turn his life around.

If you need to contact me, you can reach me at ( ███████ or ████████████

Thank you.

- Mariah Harper

Your Honor,

My name is Whitney Harper, and I am one of AJ's older sisters. I have known AJ his entire life and he's never been the type to get into trouble. He is my only brother and I care for him deeply.

He was a star athlete all throughout elementary school and middle school, playing soccer. As a child he always had so much energy and soccer was a great way for him to express it in a positive way. In high school he always had good grades. Once he applied for college, at the Art Institute of San Bernardino, he won a scholarship and qualified for grants all on his own.

AJ is one of the most loving people I know. He continues to go out of his way to help his loved ones and even strangers. He is very generous and never greedy. He once drove a stranger all the way to Hesperia from our home in Moreno Valley (one hour drive) because she needed to get home at 12am. He didn't question it, he just knew she needed help and took it upon himself to help her. He also would help out our grandmother, Kirsten Dale, who lived in an assisted living home by cooking for her weekly, spending time with her, and showing he loved her.

So I was completely taken by surprise when I heard about AJ's charges and what he has done. He would never do anything to directly or indirectly harm anyone.

I understand what he might have been going through at that time because when I was younger I was molested by my older cousin, causing significant trauma in my life. After going through that, it changed my perspective and thinking. Trauma like that almost changes your beliefs on ethics and thinking something that was once wrong, is now natural and right. I do believe he might be going through some type of mind altercation or illness. For him, especially, to have done something like this, I fully believe he has gone through some type of trauma as well.

AJ has apologized to all of our family members for putting us through a difficult time because of his mistakes. I believe him when he says he in complete regret. He had a bright future ahead of him, with having a job and going to college. He did it all by himself because he has such a determined personality.

I know AJ would never do anything like this again. The Lord has touched his heart and is truly with him. He has even started bible college within the LA county jail. He has expressed to us that this was the Lords plan all along, because he has lead others to God while being inside. He trusts God with all his heart, mind and soul, so he knows that this is a part of his purpose.

He deserves nothing but the lightest sentence for what he has done. He also should be sent to a treatment center for this trauma he has gone through. This will help him express his feelings about what he has done in a positive way. I know and believe he still has a bright future for himself. He wants to be a missionary and teacher for the Lord and I know he will be able to accomplish that dream. We all love him and know this punishment is going to do more than enough for this young man. Thank you.

Whitney T. Harper