# EXHIBIT E

September 25, 2016

Your Honor,

My name is Sandra Dale. I am writing this letter on behalf of Angelo Gene Harper, Jr. I am AJ's Aunt. I have known him since he was 4 years old. Even though we live in a different state, we visit and spend time with him at least once a year. We celebrate holidays and spend time together as a family.

AJ is a hardworking, kind, and caring young man. He enjoys spending time with his family and extended family. Whenever we are in town, he makes a point to spend time with us. AJ hikes with us, goes to movies with us,... and does whatever activity we participate in. Sometimes, he asks us to join him in activities, such as going to Six Flags Magic Mountain.

AJ grew up in a loving, intact family. He attends family events with his parents and his sisters, and niece. He attends graduations, birthdays,... with family. He is a pleasure to talk with and be around. He interacts with all family members. He is a hard worker, earning good grades in high school, and was on the honor roll. He is attending college and is on the dean's list. Even more noteworthy is that, for years, AJ visited weekly with his maternal grandmother, who had Alzheimer's disease, in a care facility. He earned the respect of others. We need more young men like him.

AJ has never been in trouble with the law or in school. So, I was shocked and disheartened to learn that he was arrested for viewing and forwarding child pornography. To say that this offense is out of character for AJ would be an understatement. He has always treated his family, peers, children, elders, and the community with respect and courtesy. Before this offense, he never caused significant pain to others.

When he was arrested, he cooperated fully with the police and answered their questions without a lawyer. He took responsibility for his actions and has shown remorse. He is sad that his actions have hurt others and that his actions contributed to that industry. He deeply regrets the offense he committed. He has turned his life over to God and understands the impact and harm he has caused to children and to society.

I am confident that this is a one-time offense and that AJ will get back to a positive lifestyle. I think he and society would benefit from him attending a sex offender treatment program. Because he has taken responsibility and shown remorse, he is showing that he is changing those behaviors and willing to do what it takes to be rehabilitated.

I think he was filling an emptiness inside himself and I believe that he was sad about his grandmother's impending death. He seems to have filled that void now by embracing God and owning his actions. He is willing to do whatever it takes to get back to society.

I have been writing AJ letters regularly since he was arrested. My husband and I visited him when we were in town. I will continue to write/email him and encourage him to stay on his path of better choices. AJ has an excellent support group in his parents, sisters, friends, teachers, and extended family. He will continue to receive everyone's love and support to stay on the right track.

I simply ask that you consider AJ's overall life choices and contributions to his family and others and recognize his willingness to get his life back on track. Because AJ has demonstrated that he is a hard worker, I believe he has what it takes to again be a productive member of society.

If you wish to verify the content of these statements, please feel free to contact me at ▮▮▮▮▮▮

Sincerely,

Sandra Dale

Sandra Dale

Your Honor,

It's with great hope that I can give the proper portrayal of my nephew, "AJ" Angelo Harper Jr.

I am aware of his charges, that they are based on AJ using internet technology with child pornography file exchange taking place.

I want to start by saying AJ has a strong Christian theology. This is because of his family and schooling.

During his early years he attended a parochial school where his mother Linda was teaching, and he even attended Sunday services each weekend there with the whole family.
He was on honor roll most of the time, and recently while in college made the Dean's List.
Up to this charge he never made poor choices, was never in trouble.

I have observed over the years a young man showing me his technical skills, proud and trying to fit in.
I listened to him explain his ideas and found myself looking forward to the day he fulfills them.
I have been watching him evolve and grow up into the smart, wholesome person he should become.
And then his transgression occurred.

I cannot suppose the reasons for AJ's actions other than he has had a relatively sheltered life and likely needed some close friendships, kids his own age that he could connect with before all this happened.
I remember Linda telling me right after this happened, that she saw hope in AJ that he was finally coming out of his shell.

I can say, in my opinion AJ has been brought up properly.
His family is a strong Christian family as was his Mothers and Fathers families.
He has for the most part a strong ethical foundation. I have seen it shine brightly before.
My mother Kirsten, his Grandmother, enjoyed the companionship AJ gifted to her during his frequent weekly visits as she slowly slipped away from us at her memory care unit, not because he had too, but because he knew it was the right thing to do.

AJ apparently knew he was going down the wrong path though. He fully cooperated with the detective(s) and told his side of his story and he took full responsibility. He will tell you that he displayed his remorseful emotions with hot tears and humility and how afterwards he felt some relief. Since then AJ has told me that he now feels God has sent him to help others incarcerated to find God.

I just see a very young man, with the emotional state of a naïve kid, at that awkward period of coming to age.  Unfortunately his physical age and emotional age were not yet the same.
He will come out of this with a hard lesson that will likely strengthen his ethical and moral foundation.
He is a good kid from a great family with a long history of strong community involvement.

But, at the same time, he has likely been traumatized by all of this, adding to the total number of victims in this sad situation.

In this day and age I thought these young people were candidates for mandated therapy.

We hand them technology and hope they are emotionally ready for it.
We forget that some of these kids are without close friends, friends that are at times the feedback they need for the choices they are doing while they are stepping out on their own.

As an uncle, I plan on becoming more involved with AJ and hope for a good mentor relationship.
He is my sister's kid, a calm, friendly, and enjoyable person. I have been a foster parent for several boys
over the years and I can see AJ is a good kid. He will likely do great things and will become an asset to his
community. He should be trusted to move on from this terrible lesson.

Sincerely,

*Michael Dale*          26 Sept 2016          DALE.MICHAEL.PA  Digitally signed by
                                              UL.1261253328    DALE.MICHAEL.PAUL.1261253328
                                                               Date: 2016.09.27 21:46:55 -10'00'

Michael P. Dale