# EXHIBIT F

October 2, 2016

To whom it may concern,

      I have wrestled with writing this letter as I have obviously strong feelings about the charges involved, and I would hope that these words do not convey a message or tone that seeks to excuse any action or behavior; but instead, I pray it expresses my belief in the completeness of A.J.'s character. In addition to the actions that have placed him here, he also has been a very positive and connected person in his immediate community and within his family and friend circles.

      I was the youth director at his church while he was a middle school and high school student. In these years he participated in multiple trips to do countless hours of community service, not because they were mandated or required, but because he valued the idea of compassion and equality. He worked in projects involving poverty, hunger, community action, being global citizens, international mission trips, etc. these were all done with peers and adults who regularly met with A.J. discussing his experiences and opinions on such issues. I understand how this may seem at odds with the actions that led him here. I also feel a sense of confusion and emptiness when I think of the complexity, but I hope these details paint a fuller picture of the whole man he is. He was, and I believe still is, passionate about spreading fair equitable practices in our communities, spreading God's love and forgiveness, and a simple idea of compassion. I know this seems a difficult thing to understand; it is difficult for me to write as well, but the duality of a man's character is a complicated thing. As a believer in Christ Jesus, a passionate educator, and a community activist I believe and trust in our government's promise to not only punish but rehabilitate our incarcerated population. I cannot imagine the stress and burden out justice system has on their very broad shoulders, and I believe that this situation is far from a simple matter. I believe and know that accountability is not only warranted but necessary for this situation, but I also believe that rehabilitation is necessary. It is because of my many interactions, projects, trips, and conversations with A.J. that I believe he is capable and deserving of whatever rehabilitation and assistance our justice system can give in this situation. This is not a young male who is a lost cause, he is a young male in need of all components of our legal system, and it is my prayer that A.J. be seen for the full man he is and not just the weakest and darkest portions. I thank you for your time in reading this, and I pray my honesty and thoughts have not fallen on deaf ears.

Corey Clark