# EXHIBIT G

September 27, 2016

To Whom It May Concern,

I am writing this letter on behalf of Angelo "AJ" Harper. I have known AJ and his family for over 23 years. Throughout the course of those years I have observed AJ begin to transition from a child to a man. He started taking courses in college and began to develop a confidence about him that would help him move forward in life. That being said, I have been made aware of his current situation and it is a tragedy to all involved. If held to answer on the allegations made against AJ, I know he is looking at some very serious consequences and my heart goes out to anyone victimized in this matter.

I have been a police officer for over 28 years and I recently retired as a Lieutenant for the Riverside Police Department. Throughout my career I have seen many examples of young people making poor choices that changed destinies forever and resulted in the wounded lives of innocent children, adults and society as a whole. Let it be known to the court that I am not taking this matter lightly whatsoever. However, I am fully aware of the many avenues that justice takes. For some, the outcome results in prison for the rest of their lives. For others, they are in custody long enough to rehabilitate and function in society once again. Often there are few indicators to the justice system that a person may warrant more leniency on a matter than others and vice versa. Hardened criminals may show a pattern of arrests and incarceration that reveal they are not good candidates for leniency. I do not believe AJ is in this category. I have known him to be raised with biblical principles and morals, and to be honest at all times. Based on his current situation, it appears he has strayed from his upbringing but I do not believe he is a lost cause or by any means, a hardened criminal.

The reason I am taking the time to write this letter is not to excuse AJ's actions. It is not to relieve him of being held to answer for any crime he is convicted of. It is merely to offer a professional prospective of a young man I believe could learn from this experience and would be a good candidate for the most reasonable sentence should a conviction occur. I hope the court considers my opinion to be helpful since there is no certain way for it to form an opinion such as mine since AJ has not been a part of the criminal justice system until now.

Please do not hesitate to call if you should desire to speak with me further about AJ. I can be reached via my personal cell phone (951) ▮▮▮▮▮▮▮.

Sincerely,

*[signature]*

**Lieutenant Skip Showalter**   (Ret.)
Field Operations - Watch Commander
Riverside Police Department
(951) ▮▮▮▮▮