# EXHIBIT H



<mark>Case 2:15-cr-00595-RGK   Document 68-8   Filed 10/11/16   Page 3 of 8   Page ID #:635</mark>







Case 2:15-cr-00595-RGK   Document 68-8   Filed 10/11/16   Page 5 of 8   Page ID #:637





